**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District, CA (State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   COOL FREAKIN' GENIUS LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   45-4473052

4. **Debtor's address**

   **Principal place of business**

   9229 SUNSET BLVD
   Number    Street

   8TH FLOOR

   LOS ANGELES    CA    90069
   City    State    ZIP Code

   LOS ANGELES
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website** (URL)    https://coolfreakingenius.com

Debtor  COOL FREAKIN' GENIUS LLC          Case number *(if known)* _____
       *Name*

---

**6. Type of debtor**

- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

B. *Check all that apply:*

- [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   4  5  6  1

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check all that apply:*
  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [x] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- [x] No
- [ ] Yes. District _____ When ____/____/____ Case number _____
        District _____ When ____/____/____ Case number _____
                  MM / DD / YYYY

---

Debtor  **COOL FREAKIN' GENIUS LLC**                                    Case number *(if known)* _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor _____    Relationship _____
         District _____    When _____
                                          MM / DD / YYYY
         Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number    Street
                          _____
                          _____
                          City         State   ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49            ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99           ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

Official Form 201               Voluntary Petition for Non-Individuals Filing for Bankruptcy               page 3

Name **COOL FREAKIN' GENIUS LLC**    Case number *(if known)* _____

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/03/2026
             MM / DD / YYYY

X  /s/ Kyara Mascolo    Kyara Mascolo
Signature of authorized representative of debtor    Printed name

Title  Manager

**18. Signature of attorney**

X  /s/ Bernard R. Given, II    Date  02/03/2026
Signature of attorney for debtor    MM / DD / YYYY

Bernard R. Given, II
Printed name

Loeb & Loeb LLP
Firm name

10100 Santa Monica Blvd., 22nd Floor
Number    Street

Los Angeles    CA    90067
City    State    ZIP Code

(310) 282-2000    bgiven@loeb.com
Contact phone    Email address

134718    CA
Bar number    State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

# COOL FREAKIN' GENIUS LLC
## A CALIFORNIA LIMITED LIABILITY COMPANY

### CERTIFICATE OF COMPANY RESOLUTIONS

The undersigned hereby certifies that she is the sole Manager of Cool Freakin' Genius LLC, a California limited liability company (the "Company").

**WHEREAS**, the Manager consents to the adoption of the resolutions set forth herein by written consent and to the taking of any and all actions by the Manager, the Company, and the Company's representatives necessary or appropriate to give effect to such resolutions and directs that her consent be placed in the minutes and records of the Company.

**WHEREAS**, the Manager consents to the adoption of the resolutions set forth herein by written consent and to the taking of all actions by the Manager, the Company, and the Company's representatives necessary or appropriate to give effect to such resolutions and directs that her consent be placed in the minutes and records of the Company.

**NOW, THEREFORE, BE IT**

**RESOLVED**, that, in order to ensure a fiscally sound restructuring, the Manager has determined that it is in the Company's best interest for the Company to file for relief under subchapter V of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), to be filed as and at such time as the Manager deems appropriate; and

**RESOLVED**, that the Manager and the Company's representatives are authorized to proceed with the preparation and filing of a voluntary petition for relief under chapter 11 of the Bankruptcy Code for the Company, to be filed as and at a time the Manager deems appropriate; and

**RESOLVED**, that the law firm of Loeb & Loeb LLP be, and hereby is, retained as attorneys for the Company to advise the Company in and in connection with its chapter 11 bankruptcy filing, subject to approval (for services rendered after the filing of a bankruptcy petition) of the Bankruptcy Court, and the retention of Loeb & Loeb LLP to perform all services rendered to date in aid of the Company's prospective chapter 11 filing and otherwise is hereby ratified in all respects; and

**RESOLVED,** that the Manager, and any other Company representative (including, without limitation, Loeb & Loeb LLP) designated by the Manager, is authorized to negotiate with the Company's creditors and prepare and propose the terms of a plan of reorganization or other creditor treatment as she (or her designees) may deem to be feasible and in the best interest of the Company and its creditors; and

**RESOLVED,** that the Manager is hereby specifically authorized: (i) to prepare and file (or to have prepared and filed) on behalf of the Company a petition for relief under subchapter V of chapter 11 of the Bankruptcy Code; (ii) to execute on behalf of the

18656606.1
233953-10001

Company such petitions, schedules and statements as she may deem necessary or appropriate in connection therewith; and (iii) to execute such further documents and do such further acts as the Manager may deem necessary or appropriate with respect to the foregoing, or any of the other resolutions set forth herein, including the filing of any petition or motion for relief under any other chapter of the Bankruptcy Code, the execution of any document or the doing of any act by the Manager or her designees in connection with such proceedings to be conclusively presumed to be authorized; and

**RESOLVED**, that the Manager is authorized to authorize and/or direct the filing by Loeb & Loeb LLP of any paper, pleading or other document, or the taking of any other action by Loeb & Loeb LLP, that she may deem necessary or appropriate in connection with the Company's chapter 11 case or restructuring efforts; and

**RESOLVED,** that the Manager be, and hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approval or rulings of governmental or regulatory authorities or certificates and to take any and all steps, including the payment of any costs, fees or expenses, deemed by the Manager to be necessary or desirable to carry out the purposes and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case; and

**RESOLVED,** that any and all actions heretofore taken by the Manager or her designees, including without limitation any Company employee or representative, in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, be, and hereby are, ratified, confirmed and approved in all respects; and

The undersigned further certifies that the foregoing resolutions are in full force and effect on the date hereof as resolutions duly adopted by the Manager and have been in full force and effect at all times subsequent to their adoption, not having been amended, repealed or modified.

**IN WITNESS WHEREOF,** the undersigned has executed this certificate, as of February 2, 2026.

*/s/ Kyara Mascolo*
Kyara Mascolo, Manager

[Signature page to Cool Freaking Genius LLC Certificate of Company Resolutions]

18656606.1
233953-10001

**Fill in this information to identify the case:**

Debtor name: COOL FREAKIN' GENIUS LLC

United States Bankruptcy Court for the: Central District of CA (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Kyara M. Mascolo, Trustee of Bruno Mascolo 2015 Delaware Grantor trust fbo Elisabettta Ray Mascolo dated September 2 2015 | 9229 West Sunset Blvd, 8th Floor, West Hollywood, CA 90069 | Promissonry Note | Undisputed | | | 1,200,000.00 |
| 2 | TIGI Linea Corp. | 800 Sylvan Ave Englewd Clfs, NJ 07632 | Lawsuit | Disputed and unliquidated | | | Unknown |
| 3 | TIGI Holdings Ltd. | c/o Dwf Company Secretarial Services Limited 1 Scott Place, 2 Hardman Street, Manchester, United Kingdom, M3 3AA | Lawsuit | Disputed and unliquidated | | | Unknown |
| 4 | Elida Beauty US (IP) LLC | 1655 Waters Ridge Dr Lewisville, TX, 75057 Tel: (469) 528-4300 | Lawsuit | Disputed and unliquidated | | | Unknown |
| 5 | FillStorShip LLC | C/o Chad Junkin 15601 Cypress St Irwindale, CA 91706 | Vendor | Undisputed | | | Unknown |
| 6 | Citicards | General Correspondence Citibank Customer Service P.O. Box 6500 Sioux Falls, SD 57117 | Credit Card | Undisputed | | | 2,190.29 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

**Fill in this information to identify the case and this filing:**

Debtor Name: COOL FREAKIN' GENIUS LLC

United States Bankruptcy Court for the: Central    District of: CA (State)

Case number (if known): _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/03/2026
MM / DD / YYYY

X  *Kyara Mascolo* (signature)
Signature of individual signing on behalf of debtor

Kyara Mascolo
Printed name

Manager
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

LOEB & LOEB LLP
BERNARD R. GIVEN II (SBN 134718)
bgiven@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone:   310.282.2000
Facsimile:    310.282.2200

Proposed Attorneys for Debtor
and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: _____ |
| COOL FREAKIN' GENIUS LLC, | Chapter 11, Subchapter V |
| Debtor. | Judge:  Hon. [Judge's Name] |
| Tax ID. 45-4473052 | **LIST OF EQUITY HOLDERS** |

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized signatory of the above-captioned debtor and debtor-in-possession (the "**Debtor**") respectfully represents that the following parties directly or indirectly own 10% or more of any class of the Debtor's equity interests:

| Name | Address | Nature of Interest | Percentage of Interest |
|---|---|---|---|
| Kyara Mascolo 2015 Delaware Grantor Trust | 9229 West Sunset Blvd. 8th Floor West Hollywood, CA 90069 | Membership Interest | 50% |
| Bruno Mascolo 2015 Delaware Grantor Trust | 9229 West Sunset Blvd., 8th Floor West Hollywood, CA 90069 | Membership Interest | 50% |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

242911862.1
237253-10003

EQUITY LIST

Dated: February 3, 2026

By: _____
Kyara Mascolo
Manager

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

242911862.1
237253-10003

2
EQUITY LIST

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   n/a

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   n/a

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   n/a

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   n/a

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Los Angeles , California

Date: Febraury 3, 2026

_____
Signature of Debtor 1
Kyara Mascolo, Manager

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018    Page 1    F 1015-2.1.STMT.RELATED.CASES

Adams Duerk and Kamenstein LLP
Alec Johnson
445 S Figueroa Street Suite 2300
Los Angeles, CA  90071

Amy Ernest
140 Carl Brashear Drive Unit 14
Bayonne, NJ 07002

Andrea Garcia
805 Cloister Way
McKinney, TX 75069

Bank of America
Attn: Bankruptcy Department
475 Cross Point Pkwy PO Box 9000
Getzville, NY 14068

Becki Overton
9966 NE Highway 33
Guthrie, OK 73044

Bruno Mascolo 2015
Delaware Grantor Trust
9229 West Sunset Blvd 8th Floor
West Hollywood, CA 90069

Canva
200 E 6th St, Ste 200
Austin, TX 78701

CCSI efax
700 S Flower St 15th Floor
Los Angeles, CA 90017


CitiCards
PO Box 6500
Sioux Falls, SD 57117


Elida Beauty US (IP) LLC
1656 Waters Ridge Dr
Lewisville, TX 75057


Evanston Ins Co
Ten Parkway North
Deerfield, IL 60015


Expensify
401 SW 5th Ave
Portland, OR 97204


FillStorShip LLC
C/o Chad Junkin
15601 Cypress St
Irwindale, CA 91706


Freight Transportation Co
Ranko Balog Co
9111 S La Cienega Blvd 209
Inglewood, CA 90301-7437

Fross Zelnick Lehrman and Zissu PC
Leo Kittay
152 West 42nd St 18th Fl
New York, NY 10037

Fross Zelnick Lehrman and Zissu PC
Jessica G Ogden
151 West 42nd St 17th Fl
New York, NY 10036

GAR Laboratories
1844 Massachusetts Avenue
Riverside, CA 92507

Industrious
9229 Sunset Blvd 8th fl
West Hollywood, CA 90069

Intuit (software&payroll) subscription
c/o CSC
251 Little Falls Drive
Wilmington, DE 19808

Jami Zabner
1474 N Kings Road
West Hollywood, CA 90069

Janelle van Eck
10306 Keswick Ave Apt 3
Los Angeles, CA 90064

Knowles & Company Insurance Services
5707 Corsa Ave Suite 106
Westlake Village, CA 91362


Kyara Mascolo 2015
Delaware Grantor Trust
9229 West Sunset Blvd 8th Floor
West Hollywood, CA 90069


Law Offices of Dorothy B Richardson
6303 Owensmouth Avenue 10th Floor
Woodland Hills, CA 91367


Lemark Ins
11494 Burbank Blvd
Los Angeles, CA 91601


Lemark Insurance Inc
11494 Burbank Blvd
North Hollywood, CA 91601


Linkedin
Attn Legal Department
1000 West Maude Avenue
Sunnyvale, CA 94085


Linktree
Attn Legal Department
560 3rd Street
San Francisco, CA 94107

Mailchimp
Attn Legal Department
2700 Coast Ave
Mountainview, CA 94043


Nationwide Management Liability
& Specialty Claims Manager
250 Greenwich Street 37th Floor
New York, NY 10007


Northwest Professional Center
E-Risk Services LLC
227 US Hwy 206 Suite 302
Flanders, NJ 07836


ProBizKeepers LLC
C/o Danielle Brewster
10736 Jefferson Blvd Ste 450
Culver City, CA 90230


Robin Turner
9202 17th Ave SW Unit A
Seattle, WA 98106


Santander Consumer USA
Attn: Bankruptcy Dept
PO Box 560284
Dallas, TX 75356-0284


TIGI Corp
800 Sylvan Ave
Englewd Clfs, NJ 07632

TIGI Holdings Ltd
C/O Dwf Co Secretarial Services Ltd
1 Scott Place 2 Hardman Street
Manchester, UK M3 3AA


Zoomcom
55 Almaden Blvd 6th Fl
San Jose, CA 95113

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Bernard R. Given, II (SBN 134718)<br>Loeb & Loeb LLP<br>10100 Santa Monica Blvd., 22nd Floor<br>Los Angeles, CA 90067<br>Tel: (310) 282-2000<br>Fax: (310) 282-2200<br>Email: bgiven@loeb.com | |
| ☐ Debtor(s) appearing without attorney<br>☒ Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -LOS ANGELES DIVISION**

| In re:<br>COOL FREAKIN' GENIUS LLC | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1 (a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of <u>6</u> sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: <u>February 3, 2026</u>

_____
Signature of Debtor 1 Kyara Mascolo, Manager

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015    F 1007-1.MAILING.LIST.VERIFICATION