LOEB & LOEB LLP
BERNARD R. GIVEN II (SBN 134718)
bgiven@loeb.com
10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA  90067
Telephone:   310.282.2000
Facsimile:   310.282.2200

(Proposed) Attorneys for Debtor
COOL FREAKIN' GENIUS LLC

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>COOL FREAKIN' GENIUS LLC,<br><br>Debtor.<br><br>Tax ID. 45-4473052 | Case No.: 2:26-bk-11023-BB<br><br>Chapter 11, Subchapter V<br><br>Judge:  Hon. Sheri Bluebond<br><br>**SUPPLEMENTAL TO EMERGENCY MOTION OF DEBTOR FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTOR TO PAY EMPLOYEE COMPENSATION; (II) AUTHORIZING AND DIRECTING THE BANKS TO ISSUE EMPLOYEE COMPENSATION PAYMENTS; AND (III) GRANTING RELATED RELIEF; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>**Date:** February 11, 2026<br>**Time:** 1:00 p.m. PT<br>**Place:** Courtroom 1539<br>          255 E. Temple Street<br>          Los Angeles, CA 90012 |

Loeb & Loeb LLP
A Limited Liability Partnership
Including Professional
Corporations

SUPPLEMENTAL TO EMERGENCY MOTION OF DEBTOR FOR ENTRY OF INTERIM AND FINAL
ORDERS (I) AUTHORIZING THE DEBTOR TO PAY EMPLOYEE COMPENSATION

242969830.1
237253-10003

**TO THE HONORABLE SHERI BLUEBOND, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA, THE OFFICE OF THE UNITED STATES TRUSTEE, THE SUBCHAPTER V TRUSTEE, THE DEBTOR'S TWENTY LARGEST UNSECURED CREDITORS, BANK OF AMERICA, INTUIT, AND TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

The Debtor, by and through its counsel of record, files a supplement to the Payroll Motion and in support would show as follows:

1. Attached hereto as Exhibit "1" is the identification of the employees of the Debtor and the wages which the Payroll Motion seeks to have paid.

2. Attached hereto as Exhibit "2" is a redacted copy of the bank account from which the payroll will be paid. Exhibit "2" reflects that there are more than sufficient funds in the account to make the payment sought in the Payroll Motion.

Dated:  February 10, 2026                    Respectfully submitted,

                                             LOEB & LOEB LLP
                                             BERNARD R. GIVEN, II

                                             By: /s/ *Bernard R. Given, II*
                                                 Bernard R. Given, II
                                             (Proposed) Attorneys for Debtor
                                             COOL FREAKIN' GENIUS LLC

Loeb & Loeb LLP
A Limited Liability Partnership
Including Professional
Corporations

- 2 -

SUPPLEMENTAL EMERGENCY MOTION OF THE DEBTOR FOR ENTRY OF ORDER
AUTHORIZING DEBTOR TO PAY EMPLOYEE COMPENSATION

242969830.1
237253-10003

# EXHIBIT 1

| EMPLOYEE | WAGES |
|---|---|
| Amy Ernest | $2,884.62 |
| Andrea Garcia | $1,800.00 |
| Becki Overton | $1,442.31 |
| Robin Turner | $2,884.62 |
| Janelle Van Eck | $1,813.00 |
|  | **$10,824.55** |



# Cool Freakin Genius Chk 4579: Account Activity

Balance Summary:$60,570.16 (available as of today 02/10/2026)  
View:today 02/10/2026

## All Transactions

| Date | Description | Status | Amount | Available Balance |
|---|---|---|---|---|
| 02/09/2026 | Online Banking transfer to CHK 2980 Confirmation# 7468215268 | C | -44,400.00 | 60,570.16 |
| 02/09/2026 | Online Banking transfer from CHK 7592 Confirmation# 7868207594 | C | 44,400.00 | 104,970.16 |
| 02/09/2026 | Online Banking transfer from CHK 7592 Confirmation# 7166615512 | C | 55,000.00 | 60,570.16 |

# EXHIBIT 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Blvd., Suite 2200, Los Angeles, California 90067.**

A true and correct copy of the foregoing document entitled (*specify*): _____
**Supplemental To Emergency Motion Of Debtor For Entry Of Interim And Final Orders (I) Authorizing The Debtor To Pay Employee Compensation; (II) Authorizing And Directing The Banks To Issue Employee Compensation Payments; And (III) Granting Related Relief; Memorandum Of Points And Authorities In Support**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 10, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Moriah Douglas Flahaut (TR)
df@echoparklegal.com, C194@ecfcbis.com;fritz@echoparklegal.com

Bernard R Given, II on behalf of Debtor Cool Freakin' Genius LLC
bgiven@loeb.com,
mortiz@loeb.com;ladocket@loeb.com;bsimmons@loeb.com;fmckeown@loeb.com;bgiven@ecf.courtdrive.com

David Samuel Shevitz on behalf of U.S. Trustee United States Trustee (LA)
David.S.Shevitz@usdoj.gov

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 10, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **February 10, 2026** | Martha Ortiz | /s/ Martha Ortiz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*      **F 9013-3.1.PROOF.SERVICE**

**Service List**

Moriah Douglas Flahaut (TR)
Echo Park Legal, APC
2210 Sunset Blvd. #301
Los Angeles, CA 90026

U.S. Trustee
United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

Intuit (software&payroll) subscription
c/o CSC
251 Little Falls Drive
Wilmington, DE 19808

Adams Duerk and Kamenstein LLP
Alec Johnson
445 S Figueroa Street Suite 2300
Los Angeles, CA  90071

Bank of America
Attn: Bankruptcy Department
475 Cross Point Pkwy PO Box 9000
Getzville, NY 14068

CitiCards
PO Box 6500
Sioux Falls, SD 57117

Elida Beauty US (IP) LLC
1656 Waters Ridge Dr
Lewisville, TX 75057

FillStorShip LLC
C/o Chad Junkin
15601 Cypress St
Irwindale, CA 91706

Fross Zelnick Lehrman and Zissu PC
Leo Kittay
152 West 42nd St 18th Fl
New York, NY 10037
Fross Zelnick Lehrman and Zissu PC
Jessica G Ogden
151 West 42nd St 17th Fl
New York, NY 10036

242944986.1
237253-10004

TIGI Corp
800 Sylvan Ave
Englewd Clfs, NJ 07632


TIGI Holdings Ltd
C/O Dwf Co Secretarial Services Ltd
1 Scott Place 2 Hardman Street
Manchester, UK M3 3AA

242944986.1
237253-10004