

# Cool Freakin' Genius LLC
## Balance Sheet
### As of December 31, 2025

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       1000 Cash | 38,731.40 |
|     **Total Bank Accounts** | **$38,731.40** |
|     Accounts Receivable | |
|       1200 Accounts Receivable (A/R) | 11,813.50 |
|     **Total Accounts Receivable** | **$11,813.50** |
|     Other Current Assets | |
|       1499 Undeposited Funds | 0.00 |
|       1500 Inventory | 784,195.59 |
|       1595 Uncategorized Asset | 0.00 |
|       Payroll Refunds | 138.48 |
|       QuickBooks Tax Holding Account | 1,161.82 |
|     **Total Other Current Assets** | **$785,495.89** |
|   **Total Current Assets** | **$836,040.79** |
|   Fixed Assets | |
|     2100 Fixed Assets | 39,250.00 |
|   **Total Fixed Assets** | **$39,250.00** |
| **TOTAL ASSETS** | **$875,290.79** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         2000 Accounts Payable (A/P) | 22,988.69 |
|       **Total Accounts Payable** | **$22,988.69** |
|       Credit Cards | |
|         1100 Credit Cards | 7,083.41 |
|       **Total Credit Cards** | **$7,083.41** |
|       Other Current Liabilities | |
|         6300 Franchise Tax Board of CA Payable | -13.62 |
|         6400 Payroll Liabilities | 4,147.29 |
|         Direct Deposit Payable | 0.00 |
|         Payroll Corrections | 12.09 |
|       **Total Other Current Liabilities** | **$4,145.76** |
|     **Total Current Liabilities** | **$34,217.86** |



# Cool Freakin' Genius LLC
## Balance Sheet
### As of December 31, 2025

|  | TOTAL |
|---|---:|
| **Long-Term Liabilities** |  |
|   6100 Notes Payable | 3,078,637.77 |
| **Total Long-Term Liabilities** | **$3,078,637.77** |
| **Total Liabilities** | **$3,112,855.63** |
| Equity |  |
|   3000 Opening Balance Equity | 86,517.79 |
|   3999 Retained Earnings | -1,501,124.47 |
|   Net Income | -822,958.16 |
| **Total Equity** | **$ -2,237,564.84** |
| **TOTAL LIABILITIES AND EQUITY** | **$875,290.79** |