# Cool Freakin' Genius LLC

## Statement of Cash Flows

January - December 2025

|  | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Net Income | -822,958.16 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: |  |
| 1200 Accounts Receivable (A/R) | -11,813.50 |
| 1511 Inventory:Finished Goods Inventory:Finished Goods - Haircare | -610,536.46 |
| 1512 Inventory:Finished Goods Inventory:Finished Goods - Skincare | -5,270.76 |
| 1513 Inventory:Finished Goods Inventory:Finished Goods - Kits/Displays | 0.00 |
| 1541 Inventory:WIP - Co-packers:WIP - Cosway | 0.00 |
| 1561 Inventory:Components Inventory:Components-Bottles | -65,838.60 |
| 1562 Inventory:Components Inventory:Components-Caps & Pumps | -9,526.00 |
| 1563 Inventory:Components Inventory:Components-Labels | -1,249.70 |
| 1564 Inventory:Components Inventory:Components-Shipper Boxes | -69,473.13 |
| 1566 Inventory:Component-Enclosures | -709.61 |
| 1571 Inventory:Branded Merchandise Inventory:Branded Merch - Backpacks | 0.00 |
| 1572 Inventory:Branded Merchandise Inventory:Branded Merch - Cutting Capes | -3,658.40 |
| 1573 Inventory:Branded Merchandise Inventory:Branded Merch - Hair Clips | -11,344.00 |
| 1574 Inventory:Branded Merchandise Inventory:Branded Merch - Hats | -2,905.70 |
| 1576 Inventory:Branded Merchandise Inventory:Branded Merch - T-shirts | -3,683.23 |
| 1580 Inventory:Inventory Asset | 0.00 |
| Payroll Refunds | -138.48 |
| QuickBooks Tax Holding Account | -1,161.82 |
| 2000 Accounts Payable (A/P) | 22,988.69 |
| 1130 Credit Cards:CitiCard x8991 | 7,083.41 |
| 1140 Credit Cards:BOA MC x9332 | 0.00 |
| 6400 Payroll Liabilities | 33.36 |
| 6410 Payroll Liabilities:CA PIT / SDI | 138.48 |
| 6420 Payroll Liabilities:CA SUI / ETT | 63.18 |
| 6430 Payroll Liabilities:Federal Taxes (941/944) | 0.00 |
| 6440 Payroll Liabilities:Federal Unemployment (940) | 355.60 |
| Direct Deposit Payable | 0.00 |
| Payroll Corrections | 12.09 |
| Payroll Liabilities:NJ Income Tax | 1,207.05 |
| Payroll Liabilities:NJ Quarterly Taxes | 1,136.70 |
| Payroll Liabilities:WA Cares Fund | 334.60 |
| Payroll Liabilities:WA Paid Family and Medical Leave Tax | 379.60 |
| Payroll Liabilities:WA SUI Employer | 498.72 |
| Payroll Liabilities:WA Workers Compensation | 0.00 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-763,077.91** |
| **Net cash provided by operating activities** | **$ -1,586,036.07** |
| **INVESTING ACTIVITIES** |  |
| 2110 Fixed Assets:Tools & Dies | -1,300.00 |
| 2112 Fixed Assets:Tools & Dies:Original cost | -3,934.00 |
| **Net cash provided by investing activities** | **$ -5,234.00** |
| **FINANCING ACTIVITIES** |  |

## Cool Freakin' Genius LLC

### Statement of Cash Flows
January - December 2025

|  | TOTAL |
|---|---:|
| 6130 Notes Payable:Notes Payable - Long term | 1,495,767.73 |
| 3000 Opening Balance Equity | 81,662.25 |
| **Net cash provided by financing activities** | **$1,577,429.98** |
| NET CASH INCREASE FOR PERIOD | $ -13,840.09 |
| Cash at beginning of period | 52,571.49 |
| **CASH AT END OF PERIOD** | **$38,731.40** |