LOEB & LOEB LLP
BERNARD R. GIVEN II (SBN 134718)
bgiven@loeb.com
10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA  90067
Telephone:    310.282.2000
Facsimile:    310.282.2200

(Proposed) Attorneys for Debtor
COOL FREAKIN' GENIUS LLC

# UNITED STATES BANKRUPTCY COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>COOL FREAKIN' GENIUS LLC,<br><br>Debtor.<br><br>Tax ID. 45-4473052 | Case No.: 2:26-bk-11023-BB<br><br>Chapter 11, subchapter V<br><br>Judge:  Hon. Sheri Bluebond<br><br>**APPLICATION OF THE DEBTOR TO EMPLOY LOEB & LOEB LLP AS BANKRUPTCY COUNSEL PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014, EFFECTIVE DATE OF PETITION**<br><br>[No Hearing Required Unless Requested Pursuant to LBR 2014-1] |

The above-captioned debtor (the "**Debtor**") hereby applies (the "**Application**") to the Court for entry of an order authorizing the Debtor to employ and retain Loeb & Loeb LLP ("**Loeb**") as bankruptcy counsel in connection with the above-captioned chapter 11, subchapter V bankruptcy case.

The Application is based upon sections 327(a) and 328 of the Bankruptcy Code, Bankruptcy Rules 2014 and 6003(a), and Rule 2014-1 of the Local Bankruptcy Rules, the *Declaration of Bernard R. Given, II in Support of the Application to Employ Loeb &*

242915036.1
237253-10003

*Loeb LLP* (the "**Given Decl.**"); and the Declaration of Kyara Mascolo the Debtor's Manager in support of Chapter 11 Petition and First Day Pleadings [Docket No. 10] ("**First Day Declaration**")*,* the record in this case, the arguments and representations of counsel made at the hearing on the Application (if any), and any further evidence that may be presented to the Court.

## I. JURISDICTION

1. The United States Bankruptcy Court for the Central District of California (the "**Court**") has jurisdiction over this bankruptcy case, the Debtor, property of the Debtor's estate and this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b).

2. Venue of this bankruptcy case in this District is proper under 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested in this Application are sections 327(a) and 328 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 2014 and 6003(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2014-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California (the "**Local Bankruptcy Rules**").

## II. STATEMENT OF FACTS

### A. Background of this Chapter 11 Case

4. On February 3, 2026 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Since the commencement of the Case, the Debtor has been operating its business as a debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

5. The Debtor continues to operate its business and manage its properties as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. As of the date hereof, no examiner or official committee of unsecured creditors has been appointed in this Subchapter V case.

242915036.1
237253-10003

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

2

APPLICATION OF THE DEBTOR TO EMPLOY LOEB & LOEB LLP

6. Additional factual background regarding the Debtor, including its business operations, capital and debt structure, and the events leading to the filing of this chapter 11 case, is set forth in detail in the First Day Declaration, which is fully incorporated in this Application by reference.

### B. Loeb's Qualifications

7. Loeb is particularly qualified to serve as Debtor's bankruptcy counsel in this bankruptcy case. Loeb has substantial experience in virtually all aspects of the law that may arise in these bankruptcy cases. *See* Given Decl. at ¶ 3. In particular, Loeb has extensive expertise in the areas of bankruptcy and restructuring, real estate and leasing, corporate governance, intellectual property, finance, litigation, technology, and tax law, among others. *See id.*

8. Loeb has extensive experience and knowledge in the field of debtors' and creditors' rights and business reorganizations under chapter 11 of the Bankruptcy Code and is uniquely qualified to serve as counsel to the Debtor. *See id.* at ¶ 4.

9. Loeb is familiar with and well-versed in the Debtor's business. The Debtor first engaged Loeb in 2021 to represent the Debtor, as set forth in that certain engagement letter agreement (the "**Engagement Letter**") that is attached to the Given Decl. as Exhibit "1".

10. Most recently, Loeb served as counsel to the Debtor in litigation brought against the Debtor in November 2025 by TIGI Corp., TIGI Holdings Ltd., and Elida Beauty US (IP) LLC in the United States District Court for the Central District of California, Case No. 2:25-cv-10761-ODW-AS. Given Decl. at ¶ 6.

11. Because of Loeb's longstanding representation of the Debtor, Loeb has developed substantial knowledge and familiarity regarding the Debtor that will help ensure Loeb provides effective and efficient services in this chapter 11 case.

### C. Services to be Provided

12. The Debtor anticipates that Loeb will render general legal services to the Debtor as needed throughout the course of this bankruptcy case, including, without

242915036.1
237253-10003

3

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

APPLICATION OF THE DEBTOR TO EMPLOY LOEB & LOEB LLP

limitation, bankruptcy, corporate, entertainment, finance, real estate and leasing, intellectual property, litigation, technology, and tax advice. In particular, the Debtor anticipates that Loeb will perform the following legal services, among others:

a. Advise the Debtor of its rights, powers, and duties as debtor and debtor in possession while operating and managing its business under Chapter 11, Subchapter V of the Bankruptcy Code;

b. Prepare and assist the Debtor in the preparation of reports, applications, pleadings, and orders including, but not limited to, interim statements and operating reports, amending initial filing requirements, schedules and statements of financial affairs, lease pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale, or lease of property outside the ordinary course of business;

c. Advise the Debtor concerning, and prepare responses to, applications, motions, other pleadings, notices, and other papers that may be filed by other parties in this bankruptcy case;

d. Advise the Debtor with respect to certain rights and remedies of the bankruptcy estate and rights, claims, and interests of creditors.

e. Advise the Debtor regarding actions to collect and recover property for the benefit of its estate;

f. Advise the Debtor concerning executory contract and unexpired lease assumptions and assignments, and rejections;

g. Assist the Debtor in reviewing, estimating, and resolving claims asserted against the Debtor's estate;

h. Assist the Debtor in complying with applicable laws and governmental regulations;

i. Represent and advise the Debtor at the 341(a) meeting of creditors;

j. Represent the Debtor in any proceeding or hearing in the Bankruptcy Court involving the estate unless the Debtor is represented in such proceeding by other or special counsel;

k. Commence and conduct litigation necessary or appropriate to assert rights held by the Debtor, protect assets of the Debtor's bankruptcy estate, or otherwise further the goals of the Debtor in this bankruptcy case;

l. Prepare and prosecute on behalf of the Debtor a chapter 11 plan; and

m. Provide any other services to the extent requested by the Debtor.

242915036.1
237253-10003

4

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

APPLICATION OF THE DEBTOR TO EMPLOY LOEB & LOEB LLP

13. The Debtor requires knowledgeable counsel to render these essential professional services. The Debtor respectfully submits that Loeb is well-qualified to perform these services and to represent the Debtor's interests in this bankruptcy case.

### D. Compensation to Loeb

14. Subject to the Court's approval of this Application, Loeb intends to (a) charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date services are rendered,[1] and (b) seek reimbursement of actual and necessary out-of-pocket expenses. The names, positions, and current hourly rates of the Loeb lawyers and paraprofessional currently expected to have primary responsibility for providing services to the Debtor are set forth in the Given Decl.[2] Compensating Loeb on an hourly basis is consistent with section 328(a) of the Bankruptcy Code. The Debtor believes that Loeb's hourly rates and terms of engagement are appropriate, fair, and reasonable.

15. Loeb will maintain detailed, contemporaneous records of time and any actual and necessary expenses incurred in connection with rendering the legal services described above. In accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and any additional procedures that have been or may be established by the Court in these Bankruptcy Cases, Loeb intends to apply to this Court for compensation and reimbursement of expenses. Loeb understands that fee awards are subject to approval by the Court, and further understands that interim and final fee awards are subject to notice and approval by the Court.

16. In the ninety days prior to the Petition Date, the Debtor paid Loeb $164,781.45. *See* Given Decl. at ¶ 13. Loeb also holds a retainer in the amount of $25,000.00. *See id.* The Debtor does not owe Loeb any amounts for legal services

---

[1] The hourly rates charged by Loeb professionals differ based on, among other things, the professional's level of experiences and the rates normally charged in the locale of the office in which the professional is resident.

[2] Loeb's hourly rates are normally adjusted annually as of January 1. If the rates are adjusted at any other time, Loeb will provide the U.S. Trustee with prompt notice of the adjusted rates.

242915036.1
237253-10003

5

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

APPLICATION OF THE DEBTOR TO EMPLOY LOEB & LOEB LLP

rendered before the Petition Date and Loeb is not a creditor of the Debtor. *See id.* Loeb reserves the right to, and will, seek compensation for services rendered, based upon the Firm's and the respective professional's hourly rate, and reasonable expenses incurred postpetition pursuant to section 330 of the Bankruptcy Code.

### E. Disclosure Concerning Conflicts of Interest

17. In reliance on the Given Decl., the Debtor believes that, except as set forth in the Given Decl.: (a) Loeb has no connection with the Debtor, its creditors, the U.S. Trustee, any person employed by the U.S. Trustee, the judges sitting in this Court, or any other party with an actual or potential interest in these Bankruptcy Cases; (b) except to the extent permissible under section 1195 of the Bankruptcy Code, Loeb is not a creditor, equity security holder, or insider of the Debtor; (c) no member of Loeb is or was, within two years of the Petition Date, a director, officer, or employee of the Debtor; and (d) Loeb does not have an interest adverse to the Debtor, its estate, or any class of creditors or equity security holders by reason of any direct relationship to, connection with, or interest in the Debtor. Accordingly, the Debtor believes that Loeb is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code.

## III. NOTICE

18. In accordance with Local Bankruptcy Rule 2002-1(b)(2)(A), the Debtor will provide notice of this Application to: (a) the U.S. Trustee; (b) the parties included on the Debtor's list of its 20 largest unsecured creditors; and (c) the Subchapter V Trustee. The Debtor respectfully submits that such notice is sufficient, and requests that this Court find that no further notice of the relief requested herein is necessary or appropriate.

## IV. CONCLUSION

19. For the reasons set forth herein, the Debtor respectfully requests the Court grant this Application and enter the proposed order to be lodged and provide such other and further relief as is just and proper.

242915036.1
237253-10003

6

APPLICATION OF THE DEBTOR TO EMPLOY LOEB & LOEB LLP

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

Executed on this 13th day of February 2026, in Los Angeles, California

*[signature]*

Kyara Mascolo
Manager, COOL FREAKIN' GENIUS LLC

242915036.1
237253-10003

7

APPLICATION OF THE DEBTOR TO EMPLOY LOEB & LOEB LLP

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled:
**APPLICATION OF THE DEBTOR TO EMPLOY LOEB & LOEB LLP AS BANKRUPTCY COUNSEL PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014, EFFECTIVE DATE OF PETITION**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 13, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Subchapter V Trustee, df@echoparklegal.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **February 13, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 13, 2025 | Fiona McKeown | /s/ Fiona McKeown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*      **F 9013-3.1.PROOF.SERVICE**

**Service List**

Moriah Douglas Flahaut (TR)
Echo Park Legal, APC
2210 Sunset Blvd. #301
Los Angeles, CA 90026

U.S. Trustee
United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

Intuit (software&payroll) subscription
c/o CSC
251 Little Falls Drive
Wilmington, DE 19808

Adams Duerk and Kamenstein LLP
Alec Johnson
445 S Figueroa Street Suite 2300
Los Angeles, CA  90071

Bank of America
Attn: Bankruptcy Department
475 Cross Point Pkwy PO Box 9000
Getzville, NY 14068

CitiCards
PO Box 6500
Sioux Falls, SD 57117

Elida Beauty US (IP) LLC
1656 Waters Ridge Dr
Lewisville, TX 75057

FillStorShip LLC
C/o Chad Junkin
15601 Cypress St
Irwindale, CA 91706

Fross Zelnick Lehrman and Zissu PC
Leo Kittay
152 West 42nd St 18th Fl
New York, NY 10037
Fross Zelnick Lehrman and Zissu PC
Jessica G Ogden
151 West 42nd St 17th Fl
New York, NY 10036

TIGI Corp
800 Sylvan Ave
Englewd Clfs, NJ 07632


TIGI Holdings Ltd
C/O Dwf Co Secretarial Services Ltd
1 Scott Place 2 Hardman Street
Manchester, UK M3 3AA

242944986.1
237253-10004