LOEB & LOEB LLP
BERNARD R. GIVEN II (SBN 134718)
bgiven@loeb.com
10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA  90067
Telephone:    310.282.2000
Facsimile:    310.282.2200

(Proposed) Attorneys for Debtor
COOL FREAKIN' GENIUS LLC

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:26-bk-11023-BB |
| COOL FREAKIN' GENIUS LLC, | Chapter 11, Subchapter V |
| Debtor. | Judge:  Hon. Sheri Bluebond |
| Tax ID. 45-4473052 | **DECLARATION OF KYARA MASCOLO, MANAGER OF COOL FREAKIN' GENIUS LLC, IN SUPPORT OF THE APPLICATION OF THE DEBTOR TO EMPLOY LOEB & LOEB LLP AS BANKRUPTCY COUNSEL PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014, EFFECTIVE AS OF THE PETITION DATE** |
| | [No Hearing Required Unless Requested Pursuant to LBR 2014-1] |

Kyara Mascolo, being duly sworn, declares and states, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Manager of Cool Freakin' Genius LLC ("**CFG**" or the "**Debtor**"), the above-captioned debtor and debtor in possession.  Based in Los Angeles, the Debtor is a California Limited Liability Corporation.

242950064.1
237253-10003
Loeb & Loeb LLP
A Limited Liability Partnership
Including Professional
Corporations

DECLARATION OF KYARA MASCOLO

2. I have been the Debtor's Manager since it was formed.

3. I submit this Declaration in support of the application (the "**Application**"), filed contemporaneously herewith by the above-captioned debtor in the above-captioned Chapter 11, Subchapter V bankruptcy case (the "**Bankruptcy Case**"), for the Court's approval of the employment and retention of Loeb & Loeb LLP ("**Loeb**") as bankruptcy counsel to the Debtor, upon the terms and conditions described in the Application.

4. Loeb is familiar with and well-versed in the Debtor's business. The Debtor first engaged Loeb in 2021 to represent the Debtor. Most recently, Loeb served as counsel to the Debtor in litigation brought against the Debtor in November 2025 by TIGI Corp., TIGI Holdings Ltd., and Elida Beauty US (IP) LLC in the United States District Court for the Central District of California, Case No. 2:25-cv-10761-ODW-AS. Because of Loeb's longstanding representation of the Debtor, Loeb has developed substantial knowledge and familiarity regarding the Debtor.

5. The Debtor retained Loeb as it bankruptcy counsel because of its longstanding representation of the Debtor and its advice and counsel in assisting the Debtor in exploring its restructuring options January 2026. I also understand that Loeb has extensive experience in corporate restructuring and reorganization, both out-of-court and under chapter 11 of the Bankruptcy Code. I believe that Loeb is both well qualified and uniquely able to represent the Debtor in this Bankruptcy Case in an efficient and timely manner.

6. I have reviewed the hourly rates for the professionals primarily responsible for Loeb's representation of the Debtor in this Bankruptcy Case and believe that such rates are commensurate, if not lower, than the rates that would be charged by a firm of similar size and expertise.

7. The Debtor will continue to work with Loeb and monitor closely its billing practices to ensure that the fees and expenses paid by the estate during this Bankruptcy Case remain consistent with the Debtor's expectations and the exigencies of this Bankruptcy Case. The Debtor will review the statements that Loeb submits and, together with Loeb, address any issues as they arise in this Bankruptcy Case.

Loeb & Loeb LLP
A Limited Liability Partnership
Including Professional
Corporations

242950064.1
237253-10003

- 2 -

DECLARATION OF KYARA MASCOLO

8. I have reviewed the Declaration of Bernard R. Given, II ("**Given Decl.**") and I am satisfied that Loeb is a "disinterested person" as I understand such definition in section 101(14) of the Bankruptcy Code. Based on the Given Decl., filed contemporaneously herewith, I am satisfied that no conflicts exist that would prevent Loeb from representing the Debtor. Specifically, I have reviewed Loeb's specific disclosures regarding its various representations over other parties that are potentially adverse to the Debtor. I am satisfied that these "connections" do not preclude Loeb from representing the Debtor.

9. I have read the Application and the notice thereof and believe that the information contained therein is true and correct to the best of my knowledge.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: February 13, 2026

*[signature]*
Kyara Mascolo
Manager, Cool Freakin' Genius LLC

Loeb & Loeb LLP
A Limited Liability Partnership
Including Professional
Corporations

242950064.1
237253-10003

- 3 -

DECLARATION OF KYARA MASCOLO

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled:
**DECLARATION OF KYARA MASCOLO IN SUPPORT OF APPLICATION OF THE DEBTOR TO EMPLOY LOEB & LOEB LLP AS BANKRUPTCY COUNSEL PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014, EFFECTIVE DATE OF PETITION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 13, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Subchapter V Trustee, df@echoparklegal.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) **February 13, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 13, 2025 | Fiona McKeown | /s/ Fiona McKeown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*   **F 9013-3.1.PROOF.SERVICE**

**Service List**

Moriah Douglas Flahaut (TR)
Echo Park Legal, APC
2210 Sunset Blvd. #301
Los Angeles, CA 90026

U.S. Trustee
United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

Intuit (software&payroll) subscription
c/o CSC
251 Little Falls Drive
Wilmington, DE 19808

Adams Duerk and Kamenstein LLP
Alec Johnson
445 S Figueroa Street Suite 2300
Los Angeles, CA  90071

Bank of America
Attn: Bankruptcy Department
475 Cross Point Pkwy PO Box 9000
Getzville, NY 14068

CitiCards
PO Box 6500
Sioux Falls, SD 57117

Elida Beauty US (IP) LLC
1656 Waters Ridge Dr
Lewisville, TX 75057

FillStorShip LLC
C/o Chad Junkin
15601 Cypress St
Irwindale, CA 91706

Fross Zelnick Lehrman and Zissu PC
Leo Kittay
152 West 42nd St 18th Fl
New York, NY 10037
Fross Zelnick Lehrman and Zissu PC
Jessica G Ogden
151 West 42nd St 17th Fl
New York, NY 10036

```
TIGI Corp
800 Sylvan Ave
Englewd Clfs, NJ 07632


TIGI Holdings Ltd
C/O Dwf Co Secretarial Services Ltd
1 Scott Place 2 Hardman Street
Manchester, UK M3 3AA
```