LOEB & LOEB LLP
BERNARD R. GIVEN II (SBN 134718)
bgiven@loeb.com
10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA  90067
Telephone:   310.282.2000
Facsimile:    310.282.2200

(Proposed) Attorneys for Debtor
COOL FREAKIN' GENIUS LLC

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:26-bk-11023-BB |
| COOL FREAKIN' GENIUS LLC, | Chapter 11, Subchapter V |
| Debtor. | Judge:  Hon. Sheri Bluebond |
| Tax ID. 45-4473052 | **SUPPLEMENTAL DECLARATION OF BERNARD R. GIVEN, II IN FURTHER SUPPORT OF APPLICATION OF THE DEBTOR TO EMPLOY LOEB & LOEB LLP AS BANKRUPTCY COUNSEL PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014, EFFECTIVE AS DATE OF PETITION** |
| | [No Hearing Required Unless Requested Pursuant to LBR 2014-1] |

Loeb & Loeb LLP
A Limited Liability Partnership
Including Professional
Corporations

SUPPLEMENTAL DECLARATION OF BERNARD R. GIVEN, II

243169056.1
237253-10004

I, Bernard R. Given, II, declare:

1. I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Loeb & Loeb LLP ("**Loeb**"). I practice primarily in the areas of bankruptcy law and commercial litigation. The following is of my own personal knowledge, and if called as a witness, I would competently testify to the following:

2. I submit this Supplemental Declaration ("**Supplemental Declaration**") in further support of the *Application of the Debtor to Employ Loeb & Loeb LLP as Bankruptcy Counsel Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014, Effective as Date of Petition* (the "**Application**"), filed by the above-captioned debtor (the "**Debtor**"), on February 13, 2026 [Dkt. 29].

3. By this Supplemental Declaration, I hereby provide additional disclosures pursuant to the Court's request.

4. As stated in my initial declaration filed in support of the Application, Loeb has agreed to cap partner rates at $1,100 per hour which is lower than the standard rates normally charged. Outlined below is a chart showing the standard rates and capped rates of the partners who will work on this case.

| Name | Standard Hourly Rate | Capped Hourly Rate |
|---|---|---|
| Bernard R. Given, II | $1,300.00 | $1,100.00 |
| Bethany D. Simmons | $1,185.00 | $1,100.00 |

5. Along with paralegals, Lexi Zobeideh, who is an associate in Loeb's bankruptcy Department, will also work on this matter. Lexi's hourly rate is: $785.00. I append Lexi's bio hereto as **Exhibit 4**.

6. As much of the work as I can responsibly delegate to Ms. Zobeideh and Ms. McKeown (the Paralegal), I will.

Loeb & Loeb LLP
A Limited Liability Partnership
Including Professional
Corporations

- 2 -

SUPPLEMENTAL DECLARATION OF BERNARD R. GIVEN, II

243169056.1
237253-10004

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 11th day of March 2026, at Los Angeles, California.

/s/ *Bernard R. Given, II*

- 3 -
Loeb & Loeb LLP
A Limited Liability Partnership
Including Professional
Corporations

SUPPLEMENTAL DECLARATION OF BERNARD R. GIVEN, II

243169056.1
237253-10004

**Exhibit "4"**

**[Zobeideh Bio]**

Loeb & Loeb LLP
A Limited Liability Partnership
Including Professional
Corporations

243169056.1
237253-10004

EXHIBIT "4"

# Alexis Zobeideh

Associate

**New York**
azobeideh@loeb.com
**T:** +1.212.407.4027

Alexis Zobeideh focuses her practice on bankruptcy, insolvency and restructuring matters, as well as bankruptcy litigation. She represents debtors, lenders, independent directors, secured and unsecured creditors, and other parties in Chapter 11, Chapter 7 and Chapter 15 bankruptcy proceedings, as well as in out-of-court restructurings, commercial insolvencies, liquidations and assignments for the benefit of creditors.

**My Services**

Restructuring & Bankruptcy
Bankruptcy Litigation
Distressed Asset Sales, Acquisitions & Investments

**Education**

St. John's University School of Law, J.D., *Dean's List*, *Executive Research Editor*, American Bankruptcy Institute Law Review

Fordham University, B.A.

**Bar Jurisdictions**

New York

**Languages**

Czech
Spanish

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled:
**SUPPLEMENTAL DECLARATION FO BERNARD R. GIVEN, II IN SUPPORT OF APPLICATION OF THE DEBTOR TO EMPLOY LOEB & LOEB LLP AS BANKRUPTCY COUNSEL PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014, EFFECTIVE DATE OF PETITION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 11, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Moriah Douglas Flahaut (TR)
df@echoparklegal.com, C194@ecfcbis.com;fritz@echoparklegal.com

Bernard R Given, II on behalf of Debtor Cool Freakin' Genius LLC
bgiven@loeb.com,
mortiz@loeb.com;ladocket@loeb.com;bsimmons@loeb.com;fmckeown@loeb.com;bgiven@ecf.courtdrive.com

David Samuel Shevitz on behalf of U.S. Trustee United States Trustee (LA)
David.S.Shevitz@usdoj.gov

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 11, 2025 | Fiona McKeown | /s/ Fiona McKeown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                 F 9013-3.1.PROOF.SERVICE