**Fill in this information to identify the case:**

Debtor Name  Cool Freakin' Genius LLC

United States Bankruptcy Court for the: Central District of California

Case number: 26-bk-11023-BB

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11
12/17

| | | | |
|---|---|---|---|
| Month: | February 2026 | Date report filed: | 03/23/2026 |
| | | | MM / DD / YYYY |
| Line of business: | Sale of cosmetic and hair | NAISC code: | 4561 |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Kyara Mascolo

Original signature of responsible party  *Kyara Mascolo*

Printed name of responsible party  KYARA MASCOLO

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Cool Freakin' Genius LLC                    Case number 26-bk-11023-BB

17  Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19  **Total opening balance of all accounts**  $ 2,638.81

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.  $ 190,271.54

21  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.  – $ 170,679.07

22  **Net cash flow**  + $ 19,592.47

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23  **Cash on hand at the end of the month**  = $ 22,231.28

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24  **Total payables**  $ 8,934.40

(Exhibit E)

Debtor Name  Cool Freakin' Genius LLC                                    Case number 26-bk-11023-BB

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables                                                                      $ _____ 18,298.50

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                          5

27. What is the number of employees as of the date of this monthly report?             4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?           $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____ 0.00

30. How much have you paid this month in other professional fees?                                    $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                   $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. Cash receipts | $ _____ 0.00 | − | $ 190,271.54 | = | $ 190,271.54 |
| 33. Cash disbursements | $ _____ 0.00 | − | $ 170,679.07 | = | $ 170,679.07 |
| 34. Net cash flow | $ _____ | − | $ 19,592.47 | = | $ 19,592.47 |

35. Total projected cash receipts for the next month:                        $ _____ 0.00

36. Total projected cash disbursements for the next month:                   − $ 55,000.00

37. Total projected net cash flow for the next month:                        = $ -55,000.00

Debtor Name  Cool Freakin' Genius LLC                                    Case number 26-bk-11023-BB

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# Cool Freakin' Genius LLC

# February 2026

# Exhibit B

Cool Freakin' Genius LLC borrowed money from the Bruno Mascolo 2015 Delaware Grantor Trust to pay operating expenses during the month. The Bruno Mascolo 2015 Delaware Grantor Trust also made a certain payments on behalf of Cool Freakin' Genius LLC. Details for all transactions are disclosed on Exhibit C.

| Cool Freakin' Genius LLC | | | |
|---|---|---|---|
| Total Cash Receipts February 2026 | | | |
| Exhibit C | | | |
| | | | |
| **Transaction date** | **From** | **Memo/Description** | **Amount** |
| 02/04/2026 | Mascolo Trust | Loan | 5,000.00 |
| 02/05/2026 | Mascolo Trust | Loan | 10,000.00 |
| 02/05/2026 | Mascolo Trust | Loan | 10,000.00 |
| 02/05/2026 | Mascolo Trust | Loan | 49,000.00 |
| 02/09/2026 | Mascolo Trust | Loan | 55,000.00 |
| 02/12/2026 | Mascolo Trust | Loan | 15,000.00 |
| 02/19/2026 | Mascolo Trust | Loan | 15,000.00 |
| 02/23/2026 | Mascolo Trust | Robin Turner - travel reimbursement paid by Mascolo Trust | 1,066.54 |
| 02/23/2026 | Mascolo Trust | DMV - renewal for Cyber Truck paid by Mascolo Trust | 1,205.00 |
| 02/24/2026 | Mascolo Trust | Loan | 15,000.00 |
| 02/26/2026 | Mascolo Trust | Loan | 4,000.00 |
| 02/27/2026 | Mascolo Trust | Loan | 10,000.00 |
| **TOTAL** | | | **$190,271.54** |
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| **Cool Freakin' Genius LLC** | | | |
| **Total Cash Disbursements February 2026** | | | |
| **Exhibit D** | | | |
| **Date Paid** | **Payee** | **Purpose** | **Amount** |
| **Accounting Fees** | | | |
| 02/05/2026 | J D Avaness | CPA Accounting Services | $1,370.00 |
| 02/06/2026 | Pro BizKeepers LLC | Bookkeeping Services | $1,575.00 |
| 02/20/2026 | Pro BizKeepers LLC | Bookkeeping Services | $1,575.00 |
| 02/27/2026 | Pro BizKeepers LLC | Bookkeeping Services | $1,350.00 |
| | | | **$5,870.00** |
| **Regulatory Fees** | | | |
| 02/12/2026 | Obelis UK, Ltd | European regulatory services | $777.02 |
| 02/12/2026 | Obelis Group | European regulatory services | $1,057.72 |
| | | | **$1,834.74** |
| | | | |
| **Components** | | | |
| 02/04/2026 | Wuxi Sunsmart Science and Technology | Components for repackaging | $5,426.00 |
| | | | **$5,426.00** |
| | | | |
| **Incoming Freight** | | | |
| 02/10/2026 | Ranko Balog Co. | Incoming freight charges | $12,344.16 |
| | | | **$12,344.16** |
| | | | |
| | | | |
| **Bank Charges** | | | |
| 02/04/2026 | Bank of America | External transfer fee - Next Day - 02/03/2026    Confirmation: XXXXX3312 | $5.00 |
| 02/04/2026 | Bank of America | Wire Transfer Fee | $45.00 |
| 02/06/2026 | Bank of America | ONLINE BUSINESS SUITE DIRECT PMT SERVICES | $10.00 |
| 02/06/2026 | Bank of America | External transfer fee - Next Day - 02/05/2026    Confirmation: XXXXX1656 | $5.00 |
| 02/11/2026 | Bank of America | External transfer fee - Next Day - 02/10/2026    Confirmation: XXXXX1930 | $5.00 |
| 02/11/2026 | Bank of America | External transfer fee - Next Day - 02/10/2026    Confirmation: XXXXX5914 | $5.00 |
| 02/13/2026 | Bank of America | Wire Transfer Fee | $30.00 |
| 02/13/2026 | East West Bank | Wire fee | $10.00 |
| 02/17/2026 | Intuit (Quickbooks) | INTUIT INC ACCTVERIFY 260217 | $0.27 |
| 02/18/2026 | Intuit (Quickbooks) | INTUIT INC ACCTVERIFY 260218 | -$0.08 |
| 02/18/2026 | Intuit (Quickbooks) | INTUIT INC ACCTVERIFY 260218 | -$0.19 |
| | | | **$115.00** |
| | | | |
| **Medical Insurance** | | | |
| 02/06/2026 | Amy Ernest | Reimbursement for Medical | $500.00 |
| 02/06/2026 | Robin Turner | Reimbursement for Medical | $500.00 |
| | | | **$1,000.00** |
| | | | |
| | | | |
| **Travel** | | | |
| 02/12/2026 | Andrea Garcia | Travel reimbursement | $60.64 |
| 02/23/2026 | Robin Turner | Travel reimbursement | $586.54 |
| 02/23/2026 | Robin Turner | Per diem | $480.00 |
| | | | **$1,127.18** |
| | | | |
| | | | |
| **Research & Development** | | | |
| 02/10/2026 | Jonathan Pacio | Graphic Designer for repackaging | $2,065.00 |
| 02/23/2026 | Jonathan Pacio | Graphic Designer for repackaging | $1,575.00 |
| | | | **$3,640.00** |
| | | | |
| **Independent Contractor** | | | |
| 02/06/2026 | Jami Zabner | Independent contractor payment | $1,690.00 |
| 02/20/2026 | Jami Zabner | Independent contractor payment | $1,670.00 |
| 02/20/2026 | Jami Zabner | Independent contractor payment | $1,570.00 |

| 02/27/2026 | Jami Zabner | Independent contractor payment | $1,380.00 |
|---|---|---|---|
| | | | **$6,310.00** |
| | | | |
| **Payroll Taxes** | | | |
| 02/06/2026 | Amy Ernest | Employer Taxes | $299.50 |
| 02/06/2026 | Andrea S. Garcia | Employer Taxes | $137.70 |
| 02/06/2026 | Becki Overton (1) | Employer Taxes | $134.16 |
| 02/06/2026 | Janelle Van Eck | Employer Taxes | $138.69 |
| 02/06/2026 | Robin Turner | Employer Taxes | $259.05 |
| 02/13/2026 | Andrea S. Garcia | Employer Taxes | $137.70 |
| 02/13/2026 | Amy Ernest | Employer Taxes | $299.51 |
| 02/13/2026 | Janelle Van Eck | Employer Taxes | $137.64 |
| 02/13/2026 | Robin Turner | Employer Taxes | $259.05 |
| 02/20/2026 | Robin Turner | Employer Taxes | $259.04 |
| 02/20/2026 | Andrea S. Garcia | Employer Taxes | $55.08 |
| 02/20/2026 | Becki Overton (1) | Employer Taxes | $131.97 |
| 02/20/2026 | Janelle Van Eck | Employer Taxes | $156.73 |
| 02/20/2026 | Amy Ernest | Employer Taxes | $299.49 |
| 02/20/2026 | Becki Overton (1) | Employer Taxes | $131.97 |
| 02/27/2026 | Becki Overton (1) | Employer Taxes | $131.98 |
| 02/27/2026 | Andrea S. Garcia | Employer Taxes | $82.62 |
| 02/27/2026 | Robin Turner | Employer Taxes | $259.04 |
| 02/27/2026 | Janelle Van Eck | Employer Taxes | $135.51 |
| 02/27/2026 | Amy Ernest | Employer Taxes | $299.49 |
| | | | **$3,745.92** |
| **Employee Wages** | | | |
| 02/06/2026 | Amy Ernest | Gross Pay - This is not a legal pay stub | $2,884.62 |
| 02/06/2026 | Andrea S. Garcia | Gross Pay - This is not a legal pay stub | $1,800.00 |
| 02/06/2026 | Becki Overton (1) | Gross Pay - This is not a legal pay stub | $1,442.31 |
| 02/06/2026 | Janelle Van Eck | Gross Pay - This is not a legal pay stub | $1,813.00 |
| 02/06/2026 | Robin Turner | Gross Pay - This is not a legal pay stub | $2,884.62 |
| 02/13/2026 | Andrea S. Garcia | Gross Pay - This is not a legal pay stub | $1,800.00 |
| 02/13/2026 | Amy Ernest | Gross Pay - This is not a legal pay stub | $2,884.62 |
| 02/13/2026 | Janelle Van Eck | Gross Pay - This is not a legal pay stub | $1,799.13 |
| 02/13/2026 | Robin Turner | Gross Pay - This is not a legal pay stub | $2,884.62 |
| 02/20/2026 | Robin Turner | Gross Pay - This is not a legal pay stub | $2,884.62 |
| 02/20/2026 | Andrea S. Garcia | Gross Pay - This is not a legal pay stub | $720.00 |
| 02/20/2026 | Becki Overton (1) | Gross Pay - This is not a legal pay stub | $1,442.31 |
| 02/20/2026 | Janelle Van Eck | Gross Pay - This is not a legal pay stub | $2,048.88 |
| 02/20/2026 | Amy Ernest | Gross Pay - This is not a legal pay stub | $2,884.62 |
| 02/20/2026 | Becki Overton (1) | Gross Pay - This is not a legal pay stub | $1,442.31 |
| 02/27/2026 | Becki Overton (1) | Gross Pay - This is not a legal pay stub | $1,442.31 |
| 02/27/2026 | Andrea S. Garcia | Gross Pay - This is not a legal pay stub | $1,080.00 |
| 02/27/2026 | Robin Turner | Gross Pay - This is not a legal pay stub | $2,884.62 |
| 02/27/2026 | Janelle Van Eck | Gross Pay - This is not a legal pay stub | $1,771.38 |
| 02/27/2026 | Amy Ernest | Gross Pay - This is not a legal pay stub | $2,884.62 |
| | | | **$41,678.59** |
| | | | |
| **Refunds** | | | |
| 02/05/2026 | Depasquale Salon Systems, Inc | Refund for product return | $48,149.00 |
| 02/10/2026 | Twin State Salon Supply | Refund for product return | $37,445.75 |
| | | | **$85,594.75** |
| | | | |
| **Automobile Expenses** | | | |
| 02/12/2026 | Santander | Auto lease payment | $787.73 |
| 02/23/2026 | DMV | DMV renewal for Cyber Truck | $1,205.00 |
| | | | **$1,992.73** |
| | | | |
| **TOTAL** | | | **$170,679.07** |

# Cool Freakin' Genius LLC

## February 2026

## Exhibit E

| Date | Vendor | Purpose | Due Date | Amount |
|---|---|---|---|---|
| 2/12/2026 | FillStor Ship LLC | Warehouse expenses | 3/1/2026 | $4,867.38 |
| 2/13/2026 | FillStor Ship LLC | Warehouse expenses | 3/15/2026 | $500.18 |
| 2/18/2026 | CitiCard | Operating expenses | 3/15/2026 | $3,237.73 |
| 2/28/2026 | CitiCard | Operating expenses | 4/15/2026 | $329.11 |
| | | | TOTAL | $8,934.40 |

**Cool Freakin' Genius LLC**

**February 2026**

**Exhibit F**

| Customer | Amount Due | Due Date |
|---|---|---|
| Masello Salon Services of NE | $18,298.50 | 2/13/2026 |

# EAST WEST BANK *Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761 3967

**ACCOUNT STATEMENT**
Page   1   of   1
STARTING DATE: February 12, 2026
ENDING DATE: February 28, 2026
Total days in statement period: 17

███████3240
( 0 )

COOL FREAKIN GENIUS LLC
SUBV CHAPTER 11 DEBTOR IN POSSESSION
CASE #26-11023
GENERAL ACCOUNT
9929 SUNSET BLVD 8TH FL
LOS ANGELES CA 90069-0000

Enjoy quick and secure access to your finances with our Mobile App and Online Banking! You can check your account balance, send/receive money, or pay bills. Visit eastwestbank.com/mobile or call 833.468.8356 to learn more.

## Business Performance

| | | | | |
|---|---|---|---|---|
| Account number | ███████3240 | Beginning balance | | $0.00 |
| Low balance | $0.00 | Total additions | ( 2 ) | 4,100.00 |
| Average balance | $1,067.65 | Total subtractions | ( 1 ) | 1,575.00 |
| | | Ending balance | | $2,525.00 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 02 18 | Onln Bkg Trft C | FR ACC 05500023247 | 1,600.00 |
| | 02 25 | Onln Bkg Trft C | FR ACC 05500023247 | 2,500.00 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 02 23 | Preauth Debit | COOL FREAKIN GE JP_CFG_002 260223 | 1,575.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02 18 | 1,600.00 | 02 23 | 25.00 | 02 25 | 2,525.00 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year to date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409     rev 05-16

# STATEMENT BALANCING

## Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement............................ $_____

**Add** Deposits not shown
on this Statement                        $_____
                                         _____
                                         _____
          Sub Total.......... $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks................................ $_____

Balance..............................** $_____

**ENTER**
Present Balance in
your checkbook..................... $_____

**Subtract** any service
charges, finance or
any other charges.................... $_____

          Sub Total ............ $_____

**Add** Monthly Interest
Earned ................................. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)................... $_____
                                     _____
                                     _____
                                     _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)................... $_____
                                     _____
                                     _____
                                     _____

Balance.................................. $_____

## IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT

You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number.
2.  Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

## ACCOUNTS WITH CHECK STORAGE

Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

## CHANGE OF ADDRESS

*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**EAST WEST BANK** *Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page   1   of   2
STARTING DATE: February 12, 2026
ENDING DATE: February 28, 2026
Total days in statement period: 17

▇▇▇3247
( 0)

COOL FREAKIN GENIUS LLC
SUBV CHAPTER 11 DEBTOR IN POSSESSION
CASE #26-11023
PAYROLL ACCOUNT
9929 SUNSET BLVD 8TH FL
LOS ANGELES CA 90069-0000

Enjoy quick and secure access to your
finances with our Mobile App and Online
Banking! You can check your account
balance, send/receive money, or pay bills.
Visit eastwestbank.com/mobile or call
833.468.8356 to learn more.

## Business Performance

| | | | | |
|---|---|---|---|---|
| Account number | ▇▇▇3247 | Beginning balance | | $0.00 |
| Low balance | $0.00 | Total additions | ( 7) | 64,992.41 |
| Average balance | $15,778.63 | Total subtractions | (27) | 45,286.12 |
| | | Ending balance | | $19,706.29 |

## CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 02-13 | Wire Trans-IN | 755188ff-cb00-4fa5 -bbbe-2e2e2a33da42 1/COOL FREAKIN' GE FUNDS TRANSFER- PA YROLL | 20,992.14 |
| | 02-18 | Pre-Auth Credit | INTUIT INC ACCTVERIFY 260218 | 0.08 |
| | 02-18 | Pre-Auth Credit | INTUIT INC ACCTVERIFY 260218 | 0.19 |
| | 02-19 | Wire Trans-IN | 9e3aca8c-2dbf-4aec -8144-3b5465509991 1/BRUNO AND KYARA PAYROLL | 15,000.00 |
| | 02-24 | Pre-Auth Credit | KYARA MASCOLO SENDER 846431916 | 15,000.00 |
| | 02-26 | Pre-Auth Credit | KYARA MASCOLO SENDER 846845586 | 4,000.00 |
| | 02-27 | Wire Trans-IN | a2d32380-a6ec-4479 -9a66-d697becdaaf5 BRUNO AND KYARA MA PAYROLL | 10,000.00 |

## DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 02-13 | Service Charge | WIRE TRANS-IN | 10.00 |
| 02-17 | Outgoing Wire | DXX3451P00003337 JANELLE VAN ECK 021000021 REF 02 13 26 PAYRO LL | 1,456.54 |
| 02-17 | Outgoing Wire | DXX3451P00003328 ANDREA S GARCIA 121000248 REF 02 13 26 PAYRO LL | 1,530.15 |
| 02-17 | Outgoing Wire | DXX3451P00003323 ROBIN TURNER 121000358 REF 02 13 26 PAYRO LL | 2,148.28 |
| 02-17 | Outgoing Wire | DXX3451P00003316 AMY M ERNEST 231372691 REF 02 13 26 PAYRO LL | 2,266.89 |
| 02-17 | Preauth Debit | INTUIT INC ACCTVERIFY 260217 | 0.27 |
| 02-18 | Onln Bkg Trfn D | TO ACC 05500023240 | 1,600.00 |
| 02-20 | Preauth Debit | INTUIT 85429425 PAYROLL 260220 10107632 | 654.84 |
| 02-20 | Preauth Debit | INTUIT 85442207 PAYROLL 260220 10107632 | 1,129.47 |
| 02-20 | Preauth Debit | INTUIT 85429425 PAYROLL 260220 10107632 | 1,129.48 |
| 02-20 | Preauth Debit | PAYROLL PAYROLL 260220 10107632 | 1,570.00 |
| 02-20 | Preauth Debit | PAYROLL PAYROLL 260220 10107632 | 1,575.00 |
| 02-20 | Preauth Debit | INTUIT 85429425 PAYROLL 260220 10107632 | 1,637.49 |
| 02-20 | Preauth Debit | PAYROLL PAYROLL 260220 10107632 | 1,670.00 |

3409   rev 05-16

# EAST WEST BANK
Your financial bridge

93   Flair Dr., 1St FL
El Monte, CA. 91731

3  47

COOL FREAKIN GENIUS LLC

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| | Preauth Debit | INTUIT 85429425 PAYROLL 260220 10107632 | ,148. 9 |
| | Preauth Debit | INTUIT 85429425 PAYROLL 260220 10107632 | , 66.9 |
| | Preauth Debit | IRS USATAXPYMT 260220 227645166087196 | ,4 9.79 |
| | Preauth Debit | INTUIT 46115978 TAX 260220 10107632 | 3,861.17 |
| | Onln Bkg Trfn D | TO ACC 05500023240 | , . |
| 7 | Preauth Debit | INTUIT 85442516 PAYROLL 260227 10107632 | 9 1.3 |
| 7 | Preauth Debit | INTUIT 85442516 PAYROLL 260227 10107632 | 1,1 9.47 |
| 7 | Preauth Debit | PAYROLL PAYROLL 260227 10107632 | 1,3 . |
| 7 | Preauth Debit | PAYROLL PAYROLL 260227 10107632 | 1,38 . |
| 7 | Preauth Debit | INTUIT 85442516 PAYROLL 260227 10107632 | 1,436.44 |
| 7 | Preauth Debit | INTUIT 85442516 PAYROLL 260227 10107632 | ,148. 9 |
| 7 | Preauth Debit | INTUIT 85442516 PAYROLL 260227 10107632 | , 66.91 |
| 7 | Preauth Debit | INTUIT 68766600 TAX 260227 10107632 | 3, 39.1 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 13 | ,98 .14 | 19 | 6,98 . 8 | | 19,4 7.8 |
| 17 | 13, 8 . 1 | | 6,9 7.8 | 6 | 3,4 7.8 |
| 18 | 11,98 . 8 | 4 | 1,9 7.8 | 7 | 19,7 6. 9 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year to date |
|---|---|---|
| Total Overdraft Fees | $ . | $ . |
| Total Returned Item Fees | $ . | $ . |

## STATEMENT BALANCING

### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement.......................... $_____

**Add** Deposits not shown
on this Statement                         $_____
                                          _____
                                          _____
             Sub Total.......... $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks.............................. $_____

**Balance**...............................** $_____

**ENTER**
Present Balance in
your checkbook..................... $_____

**Subtract** any service
charges, finance or
any other charges..................... $_____

             Sub Total ............ $_____

**Add** Monthly Interest
Earned .................................. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances).................... $_____
                                          _____
                                          _____
                                          _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)................... $_____
                                          _____
                                          _____
                                          _____

**Balance**.......................................... $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT

You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE

Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS

*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)



## BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

**Business Advantage**

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

COOL FREAKIN' GENIUS LLC
468 N CAMDEN DR 2ND FLOOR
BEVERLY HILLS, CA  90210

# Your Business Advantage Relationship Banking

for February 1, 2026 to February 28, 2026

Account number: ▆▆▆▆ 4579

**COOL FREAKIN' GENIUS LLC**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on February 1, 2026 | $3,717.23 | # of deposits/credits: | 11 |
| Deposits and other credits | 242,400.00 | # of withdrawals/debits: | 40 |
| Withdrawals and other debits | -241,307.46 | # of items-previous cycle[1]: | 1 |
| Checks | -4,654.77 | # of days in cycle: | 28 |
| Service fees | -155.00 | Average ledger balance: | $5,342.41 |
| **Ending balance on February 28, 2026** | **$0.00** | [1]Includes checks paid, deposited items and other debits | |

BANK OF AMERICA BUSINESS ADVANTAGE

## Join the Bank of America® Advisory Panel

Have your opinion heard. As a member of our Advisory Panel, you can influence the way Bank of America does business - so we can better support business owners like you.

Enter code SBDD at bankofamerica.com/AdvisoryPanel to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-04-25-0486.B | 7857446

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2026 Bank of America Corporation





**Your checking account**

COOL FREAKIN' GENIUS LLC   |   Account # ▮▮▮▮ 4579   |   February 1, 2026 to February 28, 2026

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 02/02/26 | Online Banking transfer from CHK 7592 Confirmation# 8007592742 | 41,000.00 |
| 02/02/26 | Online Banking transfer from CHK 7592 Confirmation# 7105393443 | 5,000.00 |
| 02/02/26 | Online Banking transfer from CHK 7592 Confirmation# 7507686535 | 2,000.00 |
| 02/03/26 | Online Banking transfer from CHK 7592 Confirmation# 8514987891 | 6,000.00 |
| 02/04/26 | Online Banking transfer from CHK 7592 Confirmation# 7924037682 | 5,000.00 |
| 02/05/26 | Online Banking transfer from CHK 7592 Confirmation# 7632006493 | 49,000.00 |
| 02/05/26 | Online Banking transfer from CHK 7592 Confirmation# 7532205462 | 10,000.00 |
| 02/05/26 | Online Banking transfer from CHK 7592 Confirmation# 7633848259 | 10,000.00 |
| 02/09/26 | Online Banking transfer from CHK 7592 Confirmation# 7166615512 | 55,000.00 |
| 02/09/26 | Online Banking transfer from CHK 7592 Confirmation# 7868207594 | 44,400.00 |
| 02/12/26 | Online Banking transfer from CHK 7592 Confirmation# 7692408048 | 15,000.00 |
| **Total deposits and other credits** | | **$242,400.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 02/02/26 | Zelle payment to ANDREA GARCIA for "travel reimb. 1.27-1.28"; Conf# wkfq6apfm | -1,189.69 |
| 02/02/26 | Zelle payment to AMY ERNEST for "travel reimb. 1.14-1.22"; Conf# x5t0g5o9t | -340.49 |
| 02/02/26 | Zelle payment to AMY ERNEST for "travel reimb. 1.22-1.28"; Conf# z9arp0lq6 | -733.98 |
| 02/02/26 | Zelle payment to AMY ERNEST for "travel reimb. 1.29-2.4"; Conf# x06qovarz | -150.77 |
| 02/02/26 | Zelle payment to ROBIN TURNER for "travel reimb. 1.22-1.29"; Conf# xnynfnrm4 | -886.06 |
| 02/02/26 | Zelle payment to ROBIN TURNER for "travel reimb. 1.30"; Conf# swjx49llf | -84.97 |
| 02/02/26 | TRANSFER COOL FREAKIN' GENIUS:Loeb & Loeb LLP Confirmation# 3807607622 | -40,594.00 |
| 02/03/26 | WIRE TYPE:INTL OUT DATE:260203 TIME:1150 ET TRN:2026020300426937 SERVICE REF::51:10 BNF:WUXI SUNMART SCIENCE AND T ID:1064331404000361 BNF BK:AGRICULTURAL BANK OF CH ID:006550990001 PMT DET:2602031150000010Invoice 26QLST037 /ACC/, P | -2,000.00 |

*continued on the next page*



Scam Tips

## Tips to help protect yourself from trending scams:

- Do not be pressured to act quickly — pause and verify, it could be an imposter trying to steal your money.
- If asked to transfer money unexpectedly, use caution — it could be a scam.
- Never grant remote access, click links, or download apps at the request of someone you do not know.

**Learn more about trending scams.**
**Scan the code or visit bofa.com/HelpProtectYourself.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes.



SSM-04-25-0510.B1  |  7857158

COOL FREAKIN' GENIUS LLC   |   Account # XXXXXXX4879   |   February 1, 2026 to February 28, 2026

# Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 02/03/26 | TRANSFER COOL FREAKIN' GENIUS:Alisha Germany Confirmation# 0516716842 | -4,393.69 |
| 02/04/26 | WIRE TYPE:INTL OUT DATE:260204 TIME:1705 ET TRN:2026020400567555 SERVICE REF::05:47 BNF:WUXI SUNMART SCIENCE AND T ID:1064331404000361 BNF BK:AGRICULTURAL BANK OF CH ID:006550990001 PMT DET:2602041705000051Invoice 26QLST037 /ACC/, P | -5,426.00 |
| 02/05/26 | TRANSFER COOL FREAKIN' GENIUS:Depasquale Salon Sys Confirmation# 1632797993 | -48,149.00 |
| 02/05/26 | J D AVANESS    DES:SQ260205   ID:T3AK5CY8C8BQB41 INDN:Kyara Mascolo        CO ID:JXXXXXXXXX WEB | -1,370.00 |
| 02/06/26 | INTUIT 69651684  DES:TAX       ID:10107632  INDN:COOL FREAKIN' GENIUS L  CO ID:4462800242 CCD | -3,252.26 |
| 02/06/26 | INTUIT 83575597  DES:PAYROLL   ID:10107632  INDN:COOL FREAKIN' GENIUS L  CO ID:4462800242 CCD | -2,766.89 |
| 02/06/26 | INTUIT 83575597  DES:PAYROLL   ID:10107632  INDN:COOL FREAKIN' GENIUS L  CO ID:4462800242 CCD | -2,648.28 |
| 02/06/26 | PAYROLL         DES:PAYROLL    ID:10107632  INDN:COOL FREAKIN' GENIUS L  CO ID:4462800242 CCD | -1,690.00 |
| 02/06/26 | PAYROLL         DES:PAYROLL    ID:10107632  INDN:COOL FREAKIN' GENIUS L  CO ID:4462800242 CCD | -1,575.00 |
| 02/06/26 | INTUIT 83575597  DES:PAYROLL   ID:10107632  INDN:COOL FREAKIN' GENIUS L  CO ID:4462800242 CCD | -1,530.15 |
| 02/06/26 | INTUIT 83575597  DES:PAYROLL   ID:10107632  INDN:COOL FREAKIN' GENIUS L  CO ID:4462800242 CCD | -1,466.60 |
| 02/06/26 | INTUIT 83575597  DES:PAYROLL   ID:10107632  INDN:COOL FREAKIN' GENIUS L  CO ID:4462800242 CCD | -1,129.47 |
| 02/09/26 | Online Banking transfer to CHK 2980 Confirmation# 7468215268 | -44,400.00 |
| 02/10/26 | TRANSFER COOL FREAKIN' GENIUS:Twin State Barber an Confirmation# 0574252615 | -37,445.75 |
| 02/10/26 | TRANSFER COOL FREAKIN' GENIUS:Jonathan Pacio Confirmation# 1874922594 | -2,065.00 |
| 02/10/26 | Online transfer to CHK 0250 Confirmation# xkxjkfkpm; | -12,344.16 |
| 02/12/26 | Zelle payment to  ANDREA GARCIA for "02.06.26 Uber"; Conf# yfkmqr73t | -60.64 |
| 02/12/26 | WIRE TYPE:FX OUT DATE:260213 TIME:1533 ET TRN:2026021200510430 FX:EUR 640.00 1.2141 BNF:OBELIS S.A. ID:BE20210047026056 BNF BK:BNP PAR IBAS FORTIS (FOR ID:GEBABEBB PMT DET:2602121533000 007Inv. No. 202601441 /FXREF/te-1-4-194540501 /ACC | -777.02 |
| 02/12/26 | WIRE TYPE:FX OUT DATE:260213 TIME:1535 ET TRN:2026021200511828 FX:EUR 871.20 1.2141 BNF:OBELIS S.A. ID:BE20210047026056 BNF BK:BNP PAR IBAS FORTIS (FOR ID:GEBABEBB PMT DET:2602121535000 013Inv. No. 202601442 /FXREF/te-1-3-194395642 /ACC | -1,057.72 |
| 02/12/26 | SANTANDER       DES:BILLPAY   ID:XXXXXXXXX INDN:KYARA MASCOLO        CO ID:1363149993 CCD | -787.73 |
| 02/13/26 | WIRE TYPE:WIRE OUT DATE:260213 TIME:1412 ET TRN:2026021300503736 SERVICE REF:014894 BNF:COOL FREAKIN GENIUS LLC ID:5500023247 BNF BK:E AST WEST BANK ID:322070381 PMT DET:597274964 FUNDS  TRANSFER- PAYROLL | -20,992.14 |

**Total withdrawals and other debits**                                      **-$241,307.46**



**Your checking account**

**COOL FREAKIN' GENIUS LLC**  |  Account #██████ 4579  |  **February 1, 2026 to February 28, 2026**

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 02/02/26 | 1043 | -4,500.00 | | 02/06/26 | 1045* | -154.77 |
| | | | | **Total checks** | | **-$4,654.77** |
| | | | | **Total # of checks** | | **2** |

*  *There is a gap in sequential check numbers*

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 01/30/26. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $15,000+ combined average monthly balance in linked business accounts has been met

◯   Become a member of Preferred Rewards for Business has not been met

For information on Small Business products and services or to link an existing account, please call 1.888.BUSINESS. For more information about the Preferred Rewards for Business program and which fees can be waived based on account eligibility and enrollment, see the Business Schedule of Fees located at bankofamerica.com/businessfeesataglance.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 02/03/26 | Wire Transfer Fee | -45.00 |
| 02/03/26 | External transfer fee - Next Day - 02/02/2026 | -5.00 |
| 02/04/26 | Wire Transfer Fee | -45.00 |
| 02/04/26 | External transfer fee - Next Day - 02/03/2026 | -5.00 |
| 02/06/26 | ONLINE BUSINESS SUITE DIRECT PMT SERVICES | -10.00 |
| 02/06/26 | External transfer fee - Next Day - 02/05/2026 | -5.00 |
| 02/11/26 | External transfer fee - Next Day - 02/10/2026 | -5.00 |
| 02/11/26 | External transfer fee - Next Day - 02/10/2026 | -5.00 |
| 02/13/26 | Wire Transfer Fee | -30.00 |
| **Total service fees** | | **-$155.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 02/01 | 3,717.23 | 02/05 | 21,798.58 | 02/11 | 8,705.25 |
| 02/02 | 3,237.27 | 02/06 | 5,570.16 | 02/12 | 21,022.14 |
| 02/03 | 2,793.58 | 02/09 | 60,570.16 | 02/13 | 0.00 |
| 02/04 | 2,317.58 | 02/10 | 8,715.25 | | |

COOL FREAKIN' GENIUS LLC   |   Account #

This page intentionally left blank

**BANK OF AMERICA**

COOL FREAKIN' GENIUS LLC  |  Account # ████ 4579  |  February 1, 2026 to February 28, 2026

## Check images

Account number: ████ 4579
Check number: 1043  |  Amount: $4,500.00

Check number: 1045  |  Amount: $154.77





COOL FREAKIN' GENIUS LLC   |   Account #          | Statement Period: February 1, 2026 – February 28, 2026

This page intentionally left blank