LOEB & LOEB LLP
BERNARD R. GIVEN II (SBN 134718)
bgiven@loeb.com
10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA  90067
Telephone:    310.282.2000
Facsimile:    310.282.2200

Attorneys for Debtor
COOL FREAKIN' GENIUS LLC

**UNITED STATES BANKRUPTCY COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>COOL FREAKIN' GENIUS LLC,<br><br>　　　　Debtor.<br><br>Tax ID. 45-4473052 | Case No.: 2:26-bk-11023-BB<br><br>Chapter 11, subchapter V<br><br>Judge:  Hon. Sheri Bluebond<br><br>**CHAPTER 11 INITIAL CONFERENCE STATUS REPORT**<br><br>[No Hearing Required Unless Requested Pursuant to LBR 9013-1(o)] |

**TO THE ABOVE HONORABLE SHERI BLUEBOND, CHIEF UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

Cool Freaking Genius, Inc. ("CFT"), Debtor and Debtor-in-Possession in the above-referenced Chapter 11 case, hereby files this Chapter 11 Status Report pursuant to the Order Setting Scheduling and Case Management Conference in Subchapter V case (the "Status Conference Order") [Docket 44].

243252720.3
237253-10004

## INFORMATION REQUIRED BY THE STATUS CONFERENCE ORDER

### 1.    What Precipitated The Bankruptcy Filing?

The Bankruptcy filing was precipitated by the issuance of a Preliminary Injunction in a Trade Dress Infringement case in the United States District Court for the Central District of California (the "Trade Dress Lawsuit") with respect to the sale of certain products.  The Trade Dress Lawsuit was brought by TIGI.

### 2.    What Does The Debtor Hope To Accomplish In This Chapter 11 Case?

The Debtor hopes to use the Chapter 11 case to amicably and efficiently resolve the outstanding dispute with TIGI and proceed to sell products so that it may pay its creditors and retain its employees.  More importantly, the allowed claim of TIGI, if any, can be paid in accordance with the Bankruptcy Code provisions.

### 3.    What Are The Principal Disputes Or Problems Likely To Be Encountered During The Course Of The Debtor's Reorganization Efforts?

The principal dispute is the resolution of the nature and scope of the Injunction issued by the United States District Court and the associated dispute with TIGI.

### 4.    How Does The Debtor Recommend That These Disputes Be Resolved And Why?

The Debtor believes, and in fact has demonstrated, that Chapter 11 is the best vehicle to resolve these disputes. More specifically, the Debtor has already reached an agreement with TIGI to sell certain products which the Debtor believes are not infringing as a result of substantial redesign since the filing of the Chapter 11 case.

243252720.3
237253-10004

2

CHAPTER 11 INITIAL CONFERENCE STATUS REPORT

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

**5.      Has The Debtor Complied With All Of Its Duties Under FRBP Interim Rule 2015(b) and 11 U.S.C. §§ 521, 1184 And 1187 And All Applicable Guidelines Of The Office Of The United States Trustee, And, If No, Why Not?**

The Debtor has complied with all of its duties under FRBP Interim Rule 2015(b) and 11 U.S.C. §§ 521, 1184 and 1187 and all applicable guidelines of the office of the United States Trustee.

**6.      Do Any Parties Claim An Interest In Cash Collateral Of The Debtor?**

There are no parties which claim an interest in cash collateral of the Debtor.

**7.      Is The Debtor Using Cash That Any Party Claims As Its Cash Collateral And, If So, On What Date(s) Did The Debtor Obtain An Order Authorizing The Use Of Such Cash Or The Consent Of Such Party?**

Not applicable.

Dated:    April 1, 2026                    Respectfully submitted,

LOEB & LOEB LLP
BERNARD R. GIVEN, II

By: /s/ Bernard R. Given, II
     Bernard R. Given, II

Attorney for Defendant
COOL FREAKIN' GENIUS LLC

243252720.3
237253-10004

3

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations