| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| LOEB & LOEB LLP<br>BERNARD R. GIVEN II (SBN 134718)<br>bgiven@loeb.com<br>10100 Santa Monica Blvd.<br>Suite 2200<br>Los Angeles, CA  90067<br>Telephone: 310.282.2000<br>Facsimile:  310.282.2200<br><br><br>*Attorney for:* Debtor COOL FREAKIN' GENIUS LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br>COOL FREAKIN' GENIUS LLC,<br><br><br><br>Debtor(s). | CASE NO.: 2:26-bk-11023-BB<br>ADVERSARY NO.:<br>CHAPTER: 11, Subchapter V |
|---|---|
| <br><br>Plaintiff(s).<br>vs.<br><br><br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br><br>[No hearing required per LBR 2090-1(b)(6)] |

1.  I, Bethany D. Simmons _____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained *(specify name of party):*
Cool Freakin' Genius, LLC, Debtor and Debtor-in-Possession


*2.* I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                 Page 1                                            **F 2090-1.2.APP.NONRES.ATTY**

3.   I am a lawyer with the following law firm *(specify name and address of law firm):*
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

4.   I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates *(specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction):*
State of New York, 2013; Commonwealth of Pennsylvania in 2020; Southern Distirct of New York, 2013; Eastern District of New York, 2013; Northern District of New York, 2016; Southern District of Texas, 2023; District of Colorado, 2024; Northern District of Illinois, 2025; Western District of Pennsylvania, 2026; Easter District of Pennsylvania, 2026.

5.   I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6.   I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
| San Fernando Valley | 1:24-bk-10406-VK | K3B Enterprises, LLC | 4/12/2024 | Granted |
| Riverside | 6:24-bk-11968-WJ | Daryle J Rutherford | 5/4/2024 | Granted |
| Central District | 2:25-bk-10567-BR | 737 N. La Brea LLC | 1/28/2025 | Granted |
| Riverside | 6:25-ap-01078-RB | Simons v. Crossing Inc. | 11/19/2025 | Granted |

7.   I  ☐ have  ☒ have not been disciplined by any court or administrative body  ☐ disciplinary proceedings are pending; details are as follows:

I  ☐ resigned  ☒ did not resign    while disciplinary proceedings were pending.

8.   I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9.   I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

Name of attorney (Designee):
Bernard R. Given, II

Name and address of law firm, or residence address:
Loeb & Loeb LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067

Telephone number of law firm:
310.282.2000

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                                    Page 2                                    **F 2090-1.2.APP.NONRES.ATTY**

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  4/7/2026

_____
Signature of applicant

Bethany D. Simmons
_____
Printed name of applicant

**CONSENT OF DESIGNEE**

I consent to the foregoing designation.

Date: 4/7/2026

_____
Signature of Designee

Bernard R. Given, II
_____
Printed name of Designee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                    Page 3                    **F 2090-1.2.APP.NONRES.ATTY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., Suite 2200 Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1 (b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 4/7/2026

Moriah Douglas Flahaut (TR)
df@echoparklegal.com, C194@ecfcbis.com;fritz@echoparklegal.com

Bernard R Given, II on behalf of Debtor Cool Freakin' Genius LLC
bgiven@loeb.com,
mortiz@loeb.com;ladocket@loeb.com;bsimmons@loeb.com;fmckeown@loeb.com;bgiven@ecf.courtdrive.com

David Samuel Shevitz on behalf of U.S. Trustee United States Trustee (LA)
David.S.Shevitz@usdoj.gov

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* _____ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/7/2026 | Fiona P. McKeown | /s/ Fiona P. McKeown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                    Page 4                    **F 2090-1.2.APP.NONRES.ATTY**


U.S. District Court, Central District of California

# You have successfully paid your application fee using the Pay.gov website.

**Non-Resident Attorney's Name:** Bethany Simmons

**Firm Name:** Loeb & Loeb LLP

**Bankruptcy Case Number or Adversary Proceeding Case Number:** 2:26-bk-11023-BB

**Party Name:** Cool Freakin' Genius LLC, Debtor

**Tracking Number:** PHV-260407-000-0898

**Pay.gov Tracking ID:** 2817RTSR

**Amount:** $450

**Date:** 4/7/2026

Please include the tracking number as a reference on any communications with the Court about this transaction. We recommend that you 🖶 print this page for your records.

**For assistance, please contact:**

Attorney Admissions

United States District Court

Central District of California

Tel: (213) 894-2085

**For questions related to payment**, please contact the Fiscal department at fis_cac@cacd.uscourts.gov

Go back to the online form.

| Clerk Services | Jurors Information | Attorney Information | Court Procedures |
|---|---|---|---|
| Court Reporting Services | Jurisdiction | Attorney Admissions | Filing Procedures |
| Courtroom Technology | Terms of Service | Attorney Assistance | Forms |
| Employment | Requesting an Excuse | Alternative Dispute Resolution (ADR) | General Orders |
| Interpreter Services | Requesting a Postponement | Capital Habeas | Local Rules |
| Naturalization Ceremony Information | Students | Criminal Justice Act (CJA) | |
| Policy For Limited Use of Court Facilities | Payment | Lawyer Representatives | |
| Records Department | Juror Amenities | Pro Bono | |
| Statistical Reports | Dress Code | Direct Assignment of Civil Cases to Magistrate Judges Program | |
| | Security | Attorney Workroom Copier Password Request | |
| | Employer Information | Mileage Rates | |
| | Checking Status / Confirming Reporting Instructions | Post-Judgment Interest Rates | |
| | Certificate of Jury Service | | |
| | Contact Us | | |
| | Parking / Directions | | |
| | Subsistence Information / Hotels | | |