**Fill in this information to identify the case:**

Debtor Name __Cool Freakin' Genius LLC__

United States Bankruptcy Court for the: Central District of California

Case number: __26-bk-11023-BB__

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month: __March 2026__                                        Date report filed: __04/29/2026__
                                                                                MM / DD / YYYY

Line of business: __Sale of cosmetic and hair__              NAISC code: __4561__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    Kyara Mascolo

Original signature of responsible party    _~Kyara Masd~_

Printed name of responsible party    __KYARA   MASCOLO__

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Cool Freakin' Genius LLC                          Case number 26-bk-11023-BB

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 22,231.28

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 109,810.70

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 110,310.85

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -500.15

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 21,731.13

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    $ 8,454.42

    *(Exhibit E)*

Debtor Name  Cool Freakin' Genius LLC _____     Case number 26-bk-11023-BB _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ ___18,298.50___

   (Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?  5

27. What is the number of employees as of the date of this monthly report?  4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ ___0.00___

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ ___0.00___

30. How much have you paid this month in other professional fees?  $ ___0.00___

31. How much have you paid in total other professional fees since filing the case?  $ ___0.00___

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 0.00 | − | $ 109,810.70 | = | $ 109,810.70 |
| 33. **Cash disbursements** | $ 55,000.00 | − | $ 110,310.85 | = | $ 55,310.85 |
| 34. **Net cash flow** | $ -55,000.00 | − | $ -500.15 | = | $ 54,499.85 |

35. Total projected cash receipts for the next month:  $ ___0.00___

36. Total projected cash disbursements for the next month:  − $ 100,000.00

37. Total projected net cash flow for the next month:  = $ -100,000.00

Debtor Name  Cool Freakin' Genius LLC _____          Case number 26-bk-11023-BB _____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

| Cool Freakin' Genius LLC | | | |
|---|---|---|---|
| Total Cash Receipts March 2026 | | | |
| Exhibit C | | | |
| | | | |
| Transaction date | From | Memo/Description | Amount |
| | | | |
| | | | |
| Beginning Balance | | | |
| 03/02/2026 | State of California | EDD Refund | 138.52 |
| 03/03/2026 | Mascolo Trust | Loan | 15,000.00 |
| 03/10/2026 | Mascolo Trust | Loan | 15,000.00 |
| 03/13/2026 | Mascolo Trust | Loan | 10,039.95 |
| 03/16/2026 | Mascolo Trust | CFG Citicard paid by Mascolo Trust | 3,237.73 |
| 03/16/2026 | Mascolo Trust | Jonathan Pacio invoices paid by Mascolo Trust | 6,394.50 |
| 03/17/2026 | Mascolo Trust | Loan | 15,000.00 |
| 03/23/2026 | Mascolo Trust | Loan | 30,000.00 |
| 03/24/2026 | Mascolo Trust | Loan | 15,000.00 |
| | | Total Cash Receipts March 2026 | $109,810.70 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Cool Freakin' Genius LLC | |
|---|---|---|---|
| | | Total Cash Disbursements March 2026 | |
| | | Exhibit D | |
| Date Paid | Payee | Purpose | Amount |
| **Accounting Fees** | | | |
| 03/06/2026 | Pro BizKeepers LLC | Bookkeeping Services | 900.00 |
| 03/13/2026 | Pro BizKeepers LLC | Bookkeeping Services | 300.00 |
| 03/20/2026 | Pro BizKeepers LLC | Bookkeeping Services | 975.00 |
| 03/27/2026 | Pro BizKeepers LLC | Bookkeeping Services | 1,162.50 |
| | | | **$3,337.50** |
| **Regulatory Fees** | | | |
| 03/02/2026 | Obelis Group | European Regulatory Services | 413.31 |
| 03/02/2026 | Obelis UK, Ltd | European Regulatory Services | 468.49 |
| 03/02/2026 | Obelis UK, Ltd | European Regulatory Services | 1,320.34 |
| 03/24/2026 | Obelis Group | European Regulatory Services | 12,424.85 |
| 03/24/2026 | Obelis UK, Ltd | European Regulatory Services | 8,663.30 |
| 03/25/2026 | Obelis Group | European Regulatory Services | 1,298.00 |
| | | | **$24,588.29** |
| **Bank Charges** | | | |
| 03/02/2026 | Bank of America | Monthly Fee Business Adv Relationship | 29.95 |
| 03/06/2026 | Bank of America | ONLINE BUSINESS SUITE DIRECT PMT SERVICES | 10.00 |
| 03/13/2026 | Citi Card | CITI CARD TRIAL ACCTVERIFY 260313 @@XXXXXXXX0381448 | -0.21 |
| 03/13/2026 | Citi Card | CITI CARD TRIAL ACCTVERIFY 260313 @@XXXXXXXX0381448 | -0.15 |
| 03/13/2026 | Citi Card | CITI CARD TRIAL ACCTVERIFY 260313 @@XXXXXXXX0381448 | 0.36 |
| 03/18/2026 | East West Bank | ANALYSIS ACTIVITY FOR 02/26 | 35.20 |
| | | | **$75.15** |
| **Citi Card** | | | |
| 3/17/2026 | Citi Card | Credit Card payment for supplies, shipping fees, subscription and rent | 3,237.73 |
| | | | **$3,237.73** |
| **Utilities (Telephone)** | | | |
| 03/16/2026 | AT&T | Telephone payment | 1,312.59 |
| | | | **$1,312.59** |
| **Medical Insurance** | | | |
| 03/06/2026 | Amy Ernest | Reimbursement for Medical | 500.00 |
| 03/06/2026 | Robin Turner | Reimbursement for Medical | 500.00 |
| | | | **$1,000.00** |
| **Independent Contractor** | | | |
| 03/06/2026 | Jami Zabner | Independent Contractor payment | 1,580.00 |
| 03/13/2026 | Jami Zabner | Independent Contractor payment | 1,560.00 |
| 03/20/2026 | Jami Zabner | Independent Contractor payment | 1,510.00 |
| 03/27/2026 | Jami Zabner | Independent Contractor payment | 640.00 |
| | | | **$5,290.00** |
| **Research & Development** | | | |
| 03/13/2026 | Jonathan Pacio | Graphic Designer for repackaging | 6,394.50 |
| | | | **$6,394.50** |
| **Payroll Taxes** | | | |
| 03/06/2026 | Janelle Van Eck | Employer Taxes | 130.21 |
| 03/06/2026 | Robin Turner | Employer Taxes | 259.04 |
| 03/06/2026 | Andrea S. Garcia | Employer Taxes | 103.27 |
| 03/06/2026 | Amy Ernest | Employer Taxes | 299.49 |
| 03/06/2026 | Becki Overton (1) | Employer Taxes | 131.96 |
| 3/10/2026 | Labor & Industies | Employer Taxes | 173.64 |
| 3/11/2026 | Labor & Industies | Employer Taxes | 108.83 |
| 03/12/2026 | Robin Turner | Employer Taxes | 259.04 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 03/12/2026 | Robin Turner | Employer Taxes | 1,036.16 |
| 03/13/2026 | Amy Ernest | Employer Taxes | 299.51 |
| 03/13/2026 | Andrea S. Garcia | Employer Taxes | 103.28 |
| 03/13/2026 | Becki Overton (1) | Employer Taxes | 131.98 |
| 03/13/2026 | Janelle Van Eck | Employer Taxes | 140.81 |
| 03/13/2026 | Robin Turner | Employer Taxes | 1,036.15 |
| 03/13/2026 | Tax adjustment | Employer Taxes | 37.28 |
| 03/13/2026 | Tax adjustment | Employer Taxes | 142.78 |
| 03/20/2026 | Janelle Van Eck | Employer Taxes | 144.00 |
| 03/20/2026 | Becki Overton (1) | Employer Taxes | 131.97 |
| 03/20/2026 | Andrea S. Garcia | Employer Taxes | 167.67 |
| 03/20/2026 | Amy Ernest | Employer Taxes | 315.87 |
| 03/27/2026 | Andrea S. Garcia | Employer Taxes | 74.52 |
| 03/27/2026 | Becki Overton (1) | Employer Taxes | 131.97 |
| 03/27/2026 | Amy Ernest | Employer Taxes | 315.86 |
| 03/27/2026 | Janelle Van Eck | Employer Taxes | 146.13 |
| 03/31/2026 | Tax adjustment | Employer Taxes | -63.20 |
| | | | **$5,758.22** |
| **Employee Wages** | | | |
| 03/06/2026 | Janelle Van Eck | Gross Pay | 1,702.00 |
| 03/06/2026 | Robin Turner | Gross Pay | 2,884.62 |
| 03/06/2026 | Andrea S. Garcia | Gross Pay | 1,350.00 |
| 03/06/2026 | Amy Ernest | Gross Pay | 2,884.62 |
| 03/06/2026 | Becki Overton (1) | Gross Pay | 1,442.31 |
| 03/12/2026 | Robin Turner | Gross Pay | 2,884.62 |
| 03/12/2026 | Robin Turner | Gross Pay | 11,538.46 |
| 03/13/2026 | Amy Ernest | Gross Pay | 2,884.62 |
| 03/13/2026 | Andrea S. Garcia | Gross Pay | 1,350.00 |
| 03/13/2026 | Becki Overton (1) | Gross Pay | 1,442.31 |
| 03/13/2026 | Janelle Van Eck | Gross Pay | 1,840.75 |
| 03/13/2026 | Robin Turner | Gross Pay | 11,538.46 |
| 03/20/2026 | Janelle Van Eck | Gross Pay | 1,882.38 |
| 03/20/2026 | Becki Overton (1) | Gross Pay | 1,442.31 |
| 03/20/2026 | Andrea S. Garcia | Gross Pay | 1,620.00 |
| 03/20/2026 | Amy Ernest | Gross Pay | 2,884.62 |
| 03/27/2026 | Andrea S. Garcia | Gross Pay | 720.00 |
| 03/27/2026 | Becki Overton (1) | Gross Pay | 1,442.31 |
| 03/27/2026 | Amy Ernest | Gross Pay | 2,884.62 |
| 03/27/2026 | Janelle Van Eck | Gross Pay | 1,910.13 |
| | | | **$58,529.14** |
| | | | |
| | | | |
| **Automobile Expenses** | | | |
| 03/05/2026 | Santander | SANTANDER BILLPAY 260305 403428496 | 787.73 |
| | | | **$787.73** |
| | | | |
| **TOTAL** | | | **$110,310.85** |
| | | | |
| | | | |
| | | | |
| | | | |

# Cool Freakin' Genius LLC

## March 2026

## Exhibit E

| Date | Vendor | Purpose | Due Date | Amount |
|---|---|---|---|---|
| 3/6/2026 | FillStor Ship LLC | Warehouse expenses | 4/15/2026 | $6,100.80 |
| 3/31/2026 | CitiCard | Operating expenses | 4/15/2026 | $2,353.62 |
| | | | TOTAL | $8,454.42 |

# Cool Freakin' Genius LLC

## March 2026

## Exhibit F

| Customer | Amount Due | Due Date |
|---|---|---|
| Masello Salon Services of NE | $18,298.50 | 2/13/2026 |

**EAST WEST BANK** Your financial bridge

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761 3967

ACCOUNT STATEMENT
Page  1  of  2
STARTING DATE: March 01, 2026
ENDING DATE: March 31, 2026
Total days in statement period: 31
████████3240
( 0 )

COOL FREAKIN GENIUS LLC
SUBV CHAPTER 11 DEBTOR IN POSSESSION
CASE #26-11023
GENERAL ACCOUNT
9229 SUNSET BLVD 8TH FL
LOS ANGELES CA 90069-0000

Stay alert for financial scams. If you receive an email, text, or call from someone unknown about receiving or sending money for inheritance, charities, or anything similar, do not respond or share your personal information.

## Business Performance

| | | | | |
|---|---|---|---|---|
| Account number | ████████3240 | Beginning balance | | $2,525.00 |
| Low balance | $322.86 | Total additions | ( 5 ) | 29,500.36 |
| Average balance | $4,472.80 | Total subtractions | ( 10 ) | 26,724.17 |
| | | Ending balance | | $5,301.19 |

## CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 03-04 | Onln Bkg Trft C | FR ACC 05500023247 | 2,500.00 |
| | 03-06 | Onln Bkg Trft C | FR ACC 05500023247 | 2,000.00 |
| | 03-13 | Pre-Auth Credit | CITI CARD TRIAL ACCTVERIFY 260313 | 0.15 |
| | 03-13 | Pre-Auth Credit | CITI CARD TRIAL ACCTVERIFY 260313 | 0.21 |
| | 03-23 | Onln Bkg Trft C | FR ACC 05500023247 | 25,000.00 |

## DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 03-02 | Outgoing Fx Ccy | FX OUT WIRE 101587092 1 1 COOL FREAKIN GENIU | 413.31 |
| 03-02 | Outgoing Fx Ccy | FX OUT WIRE 101587091 1 1 COOL FREAKIN GENIU | 468.49 |
| 03-02 | Outgoing Fx Ccy | FX OUT WIRE 101587089 1 1 COOL FREAKIN GENIU | 1,320.34 |
| 03-05 | Preauth Debit | SANTANDER BILLPAY 260305 403428496 | 787.73 |
| 03-13 | Preauth Debit | CITI CARD TRIAL ACCTVERIFY 260313 | 0.36 |
| 03-16 | Preauth Debit | ATT PAYMENT 260314 | 1,312.59 |
| 03-18 | Analysis Servic | ANALYSIS ACTIVITY FOR 02/26 | 35.20 |
| 03-24 | Outgoing Fx Ccy | FX OUT WIRE 101592138 1 1 COOL FREAKIN GENIU | 8,663.30 |
| 03-24 | Outgoing Fx Ccy | FX OUT WIRE 101592139 1 1 COOL FREAKIN GENIU | 12,424.85 |
| 03-25 | Outgoing Fx Ccy | FX OUT WIRE 101592443 1 1 COOL FREAKIN GENIU | 1,298.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-28 | 2,525.00 | 03-06 | 4,035.13 | 03-23 | 27,687.34 |
| 03-02 | 322.86 | 03-13 | 4,035.13 | 03-24 | 6,599.19 |
| 03-04 | 2,822.86 | 03-16 | 2,722.54 | 03-25 | 5,301.19 |
| 03-05 | 2,035.13 | 03-18 | 2,687.34 | | |

3409    rev 05-16

# EAST WEST BANK
*Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

COOL FREAKIN GENIUS LLC

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## STATEMENT BALANCING

### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement........................    $_____

**ENTER**
Present Balance in
your checkbook....................    $_____

**Add** Deposits not shown
on this Statement    $_____
_____
_____

Sub Total.........    $_____

**Subtract** any service
charges, finance or
any other charges....................    $_____

Sub Total ............    $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Add** Monthly Interest
Earned ................................    $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)....................    $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)....................    $_____
_____
_____
_____

**Total** amount of outstanding
checks................................    $_____

**Balance**.................................**    $_____

**Balance**...................................    $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT

You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE

Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS

*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

**EAST WEST BANK** Your financial bridge

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page 1 of 2
STARTING DATE: March 01, 2026
ENDING DATE: March 31, 2026
Total days in statement period: 31
███████ 3247
( 0 )

COOL FREAKIN GENIUS LLC
SUBV CHAPTER 11 DEBTOR IN POSSESSION
CASE #26-11023
PAYROLL ACCOUNT
9229 SUNSET BLVD 8TH FL
LOS ANGELES CA 90069-0000

Stay alert for financial scams. If you receive an email, text, or call from someone unknown about receiving or sending money for inheritance, charities, or anything similar, do not respond or share your personal information.

## Business Performance

| | | | | |
|---|---|---|---|---|
| Account number | ████3247 | Beginning balance | | $19,706.29 |
| Low balance | $2,048.68 | Total additions | ( 7 ) | 100,138.52 |
| Average balance | $18,134.35 | Total subtractions | ( 42 ) | 103,414.87 |
| | | Ending balance | | $16,429.94 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 03-02 | Deposit | | 138.52 |
| | 03-03 | Pre-Auth Credit | KYARA MASCOLO SENDER 848311522 | 15,000.00 |
| | 03-10 | Pre-Auth Credit | KYARA MASCOLO SENDER 849721984 | 15,000.00 |
| | 03-13 | Wire Trans-IN | 7de68569-1279-4cf9 -9467-c75a070c075d BRUNO | |
| | | | AND KYARA MA PAYROLL | 10,000.00 |
| | 03-17 | Pre-Auth Credit | KYARA MASCOLO SENDER 851050706 | 15,000.00 |
| | 03-23 | Wire Trans-IN | d3fdf03d-94b9-4088 -a24b-18db315cf76f BRUNO | |
| | | | AND KYARA MA OBELIS | 30,000.00 |
| | 03-24 | Pre-Auth Credit | KYARA MASCOLO SENDER 852279948 | 15,000.00 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 03-04 | Onln Bkg Trfn D | TO ACC 05500023240 | 2,500.00 |
| 03-06 | Onln Bkg Trfn D | TO ACC 05500023240 | 2,000.00 |
| 03-06 | Preauth Debit | INTUIT 86785964 PAYROLL 260306 10107632 | 500.00 |
| 03-06 | Preauth Debit | INTUIT 86785964 PAYROLL 260306 10107632 | 500.00 |
| 03-06 | Preauth Debit | PAYROLL PAYROLL 260306 10107632 | 900.00 |
| 03-06 | Preauth Debit | INTUIT 86114606 PAYROLL 260306 10107632 | 1,129.48 |
| 03-06 | Preauth Debit | INTUIT 86114606 PAYROLL 260306 10107632 | 1,168.58 |
| 03-06 | Preauth Debit | INTUIT 86114606 PAYROLL 260306 10107632 | 1,386.12 |
| 03-06 | Preauth Debit | PAYROLL PAYROLL 260306 10107632 | 1,580.00 |
| 03-06 | Preauth Debit | INTUIT 86114606 PAYROLL 260306 10107632 | 2,148.29 |
| 03-06 | Preauth Debit | INTUIT 86114606 PAYROLL 260306 10107632 | 2,266.90 |
| 03-06 | Preauth Debit | INTUIT 52831849 TAX 260306 10107632 | 3,088.15 |
| 03-10 | Preauth Debit | LABOR&INDUSTRIES L&I ELF 260310 53828800-03NE31 | 108.83 |
| 03-10 | Preauth Debit | LABOR&INDUSTRIES L&I ELF 260310 53828800-03NE32 | 173.64 |
| 03-12 | Preauth Debit | INTUIT 86787188 PAYROLL 260312 10107632 | 2,148.28 |

3409    rev 05-16

# EAST WEST BANK
*Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

COOL FREAKIN GENIUS LLC

| Date | Transaction Description | | Subtractions |
|------|------------------------|---|-------------:|
| 03-12 | Preauth Debit | INTUIT 93446569 TAX 260312 10107632 | 4,976.86 |
| 03-12 | Preauth Debit | INTUIT 87240773 PAYROLL 260312 10107632 | 8,593.13 |
| 03-13 | Preauth Debit | PAYROLL PAYROLL 260313 10107632 | 300.00 |
| 03-13 | Preauth Debit | INTUIT 87242886 PAYROLL 260313 10107632 | 1,129.47 |
| 03-13 | Preauth Debit | INTUIT 87242886 PAYROLL 260313 10107632 | 1,168.57 |
| 03-13 | Preauth Debit | INTUIT 87242886 PAYROLL 260313 10107632 | 1,486.71 |
| 03-13 | Preauth Debit | PAYROLL PAYROLL 260313 10107632 | 1,560.00 |
| 03-13 | Preauth Debit | INTUIT 06255408 TAX 260313 10107632 | 2,141.61 |
| 03-13 | Preauth Debit | INTUIT 87242886 PAYROLL 260313 10107632 | 2,266.90 |
| 03-16 | Preauth Debit | INTUIT 81795479 TAX 260316 10107632 | 3,981.48 |
| 03-16 | Preauth Debit | INTUIT 87401298 PAYROLL 260316 10107632 | 8,593.13 |
| 03-19 | Preauth Debit | INTUIT 16298687 TAX 260319 10107632 | 180.06 |
| 03-20 | Preauth Debit | PAYROLL PAYROLL 260320 10107632 | 975.00 |
| 03-20 | Preauth Debit | INTUIT 87482633 PAYROLL 260320 10107632 | 1,129.47 |
| 03-20 | Preauth Debit | INTUIT 87482633 PAYROLL 260320 10107632 | 1,385.52 |
| 03-20 | Preauth Debit | PAYROLL PAYROLL 260320 10107632 | 1,510.00 |
| 03-20 | Preauth Debit | INTUIT 87482633 PAYROLL 260320 10107632 | 1,516.86 |
| 03-20 | Preauth Debit | INTUIT 35348712 TAX 260320 10107632 | 2,246.33 |
| 03-20 | Preauth Debit | INTUIT 87482633 PAYROLL 260320 10107632 | 2,266.90 |
| 03-23 | Onln Bkg Trfn D | TO ACC 05500023240 | 25,000.00 |
| 03-27 | Preauth Debit | PAYROLL PAYROLL 260327 10107632 | 640.00 |
| 03-27 | Preauth Debit | INTUIT 87993975 PAYROLL 260327 10107632 | 654.84 |
| 03-27 | Preauth Debit | INTUIT 87993975 PAYROLL 260327 10107632 | 1,129.48 |
| 03-27 | Preauth Debit | PAYROLL PAYROLL 260327 10107632 | 1,162.50 |
| 03-27 | Preauth Debit | INTUIT 87993975 PAYROLL 260327 10107632 | 1,536.96 |
| 03-27 | Preauth Debit | INTUIT 89676950 TAX 260327 10107632 | 2,017.91 |
| 03-27 | Preauth Debit | INTUIT 87993975 PAYROLL 260327 10107632 | 2,266.91 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 02-28 | 19,706.29 | 03-10 | 30,394.82 | 03-19 | 16,868.62 |
| 03-02 | 19,844.81 | 03-12 | 14,676.55 | 03-20 | 5,838.54 |
| 03-03 | 34,844.81 | 03-13 | 14,623.29 | 03-23 | 10,838.54 |
| 03-04 | 32,344.81 | 03-16 | 2,048.68 | 03-24 | 25,838.54 |
| 03-06 | 15,677.29 | 03-17 | 17,048.68 | 03-27 | 16,429.94 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|:-:|:-:|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## STATEMENT BALANCING

### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement............................ $_____

**Add** Deposits not shown
on this Statement                    $_____
                                     _____
                                     _____
                    **Sub Total**.........  $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks...............................  $_____

**Balance**..............................**   $_____

**ENTER**
Present Balance in
your checkbook...................  $_____

**Subtract** any service
charges, finance or
any other charges....................  $_____

                    **Sub Total** ............  $_____

**Add** Monthly Interest
Earned ................................  $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)...................  $_____
                                      _____
                                      _____
                                      _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)...................  $_____
                                      _____
                                      _____
                                      _____

**Balance**...............................  $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT

You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE

Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS

*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)