**Fill in this information to identify the case:**

Debtor Name  Cool Freakin' Genius LLC

United States Bankruptcy Court for the: Central District of California

Case number: 26-bk-11023-BB

☑ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:  April 2026

Date report filed:  06/17/2026
MM / DD / YYYY

Line of business:  Sale of cosmetic and hair

NAISC code:  4561

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Kyara Mascolo

Original signature of responsible party  _Kyara Mascolo_

Printed name of responsible party  Kyara Mascolo

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 1

Debtor Name  Cool Freakin' Genius LLC                              Case number  26-bk-11023-BB

17. Have you paid any bills you owed before you filed bankruptcy?        ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                           $ 21,731.13

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

Report the total from *Exhibit C* here.                                 $ 114,572.97

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

Report the total from *Exhibit D* here.                              – $ 109,552.21

22. **Net cash flow**                                                 + $ 5,020.76

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit.*

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.                       = $ 26,751.89

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                  $ 8,626.88

      *(Exhibit E)*

Debtor Name  Cool Freakin' Genius LLC                                         Case number 26-bk-11023-BB

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                $  18,298.50

   (*Exhibit F*)

## 5. Employees

26. What was the number of employees when the case was filed?                                    5

27. What is the number of employees as of the date of this monthly report?                        4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $  0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $  0.00

30. How much have you paid this month in other professional fees?                               $  0.00

31. How much have you paid in total other professional fees since filing the case?             $  0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 0.00 | − | $ 114,572.97 | = | $ 114,572.97 |
| 33. **Cash disbursements** | $ 100,000.00 | − | $ 109,552.21 | = | $ 9,552.21 |
| 34. **Net cash flow** | $ -100,000.00 | − | $ 5,020.76 | = | $ 105,020.76 |

35. Total projected cash receipts for the next month:                                          $  0.00

36. Total projected cash disbursements for the next month:                                   − $ 100,000.00

37. Total projected net cash flow for the next month:                                        = $ -100,000.00

Debtor Name  Cool Freakin' Genius LLC                                    Case number 26-bk-11023-BB

## ▮ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

| | | Cool Freakin' Genius LLC | |
| | | Total Cash Receipts April 2026 | |
| | | Exhibit C | |
| | | | |
| **Transaction date** | **From** | **Memo/Description** | **Amount** |
| 04/01/2026 | Mascolo Trust | Loan | 15,000.00 |
| 04/02/2026 | Mascolo Trust | Loan | 5,000.00 |
| 04/06/2026 | Mascolo Trust | Jonathan Pacio payment advanced by Mascolo Trust | 2,112.50 |
| 04/06/2026 | Mascolo Trust | Loan | 15,000.00 |
| 04/09/2026 | Mascolo Trust | Loan | 26,000.00 |
| 04/14/2026 | Mascolo Trust | Loan | 15,000.00 |
| 04/21/2026 | Mascolo Trust | Loan | 15,000.00 |
| 04/22/2026 | Mascolo Trust | Becki Overton Reimbursement paid by Mascolo Trust | 6,460.47 |
| 04/28/2026 | Mascolo Trust | Loan | 15,000.00 |
| | | | **$114,572.97** |
| | | | |
| | | | |
| | | | |

| | Cool Freakin' Genius LLC | | |
|---|---|---|---|
| | **Total Cash Disbursements April 2026** | | |
| | **Exhibit D** | | |
| **Date** | **Payee** | **Purpose** | **Amount** |
| **Samples** | | | |
| 04/22/2026 | Becki Overton | Reimbursement to Becki Overton for Alibaba samples | 4,194.26 |
| | | | **$4,194.26** |
| | | | |
| **Warehouse Fees** | | | |
| 04/08/2026 | FillStorShip LLC | Warehouse Fees | 500.18 |
| 04/08/2026 | FillStorShip LLC | Warehouse Fees | 4,867.38 |
| 04/08/2026 | FillStorShip LLC | Warehouse Fees | 6,100.80 |
| | | | **$11,468.36** |
| | | | |
| **Accounting Fees** | | | |
| 04/03/2026 | Pro BizKeepers LLC | Bookkeeping Services | 180.60 |
| 04/10/2026 | Pro BizKeepers LLC | Bookkeeping Services | 675.00 |
| 04/24/2026 | Pro BizKeepers LLC | Bookkeeping Services | 1,140.60 |
| | | | **$1,996.20** |
| | | | |
| **Legal Fees** | | | |
| 04/09/2026 | Loeb & Loeb LLP | Legal Fees | 26,051.21 |
| | | | **$26,051.21** |
| | | | |
| **Regulatory Fees** | | | |
| 04/23/2026 | Obelis UK, Ltd | European Regulatory Services | 1,698.47 |
| 04/23/2026 | Obelis Group | European Regulatory Services | 2,901.91 |
| 04/28/2026 | Obelis Group | European Regulatory Services | 6,402.98 |
| | | | **$11,003.36** |
| | | | |
| **Bank Charges** | | | |
| 04/17/2026 | East West Bank | ANALYSIS ACTIVITY FOR 03/26 | 270.00 |
| | | | **$270.00** |
| **Citi Card** | | | |
| 4/21/2026 | Citi Card | Credit Card payment for supplies, shipping fees, subscriptions and rent | 4,012.65 |
| | | | **$4,012.65** |
| | | | |
| **Utilities (Telephone)** | | | |
| 04/20/2026 | AT&T | Telephone payment | 794.93 |
| | | | **$794.93** |
| | | | |
| **Supplies** | | | |
| 04/22/2026 | Becki Overton | Reimbursement to Becki Overton for supplies | 1,759.15 |
| | | | **$1,759.15** |
| **Medical Insurance** | | | |
| 04/03/2026 | Amy Ernest | Reimbursement for Medical Ins. | 500.00 |
| | | | **$500.00** |
| | | | |
| **Travel** | | | |
| 04/22/2026 | Becki Overton | Reimbursement to Becki Overton for American Airlines | 507.06 |
| | | | **$507.06** |
| | | | |
| **Research and Development** | | | |
| 04/06/2026 | Jonathan Pacio | Graphic Designer for Repackaging | 852.50 |
| 04/06/2026 | Jonathan Pacio | Graphic Designer for Repackaging | 1,260.00 |
| 04/22/2026 | Jonathan Pacio | Graphic Designer for Repackaging | 2,642.50 |
| | | | **$4,755.00** |
| | | | |
| **Independent Contractor** | | | |
| 04/03/2026 | Jami Zabner | Independent Contractor payment | 1,380.00 |
| 04/10/2026 | Jami Zabner | Independent Contractor payment | 1,600.00 |
| 04/17/2026 | Jami Zabner | Independent Contractor payment | 1,730.00 |
| 04/24/2026 | Jami Zabner | Independent Contractor payment | 1,590.00 |
| 04/27/2026 | Alisha Germany | Independent Contractor payment | 220.00 |
| | | | **$6,520.00** |

| | | | |
|---|---|---|---:|
| **Tax Payments - State** | | | |
| 04/16/2026 | Franchise Tax Board | State Tax Payment | 800.00 |
| 04/16/2026 | Franchise Tax Board | State Tax Payment | 900.00 |
| 04/16/2026 | Franchise Tax Board | State Tax Payment | 900.00 |
| | | | **$2,600.00** |
| | | | |
| **Payroll Taxes** | | | |
| 04/03/2026 | QuickBooks Payroll | Tax withdrawal | 1,353.68 |
| 04/10/2026 | QuickBooks Payroll | Tax withdrawal | 2,319.90 |
| 04/17/2026 | QuickBooks Payroll | Tax withdrawal | 2,220.58 |
| 04/24/2026 | QuickBooks Payroll | Tax withdrawal | 1,993.94 |
| | | | **$7,888.10** |
| | | | |
| **Employee Wages** | | | |
| 04/03/2026 | Becki Overton | Payroll | 1,129.47 |
| 04/03/2026 | Janelle Van Eck | Payroll | 1,355.06 |
| 04/03/2026 | Andrea S. Garcia | Payroll | 1,222.81 |
| 04/03/2026 | Amy Ernest | Payroll | 2,266.90 |
| 04/10/2026 | Janelle Van Eck | Payroll | 1,567.12 |
| 04/10/2026 | Becki Overton | Payroll | 1,129.47 |
| 04/10/2026 | Amy Ernest | Payroll | 2,266.90 |
| 04/10/2026 | Andrea S. Garcia | Payroll | 1,530.15 |
| 04/17/2026 | Andrea S. Garcia | Payroll | 1,530.15 |
| 04/17/2026 | Amy Ernest | Payroll | 2,272.67 |
| 04/17/2026 | Janelle Van Eck | Payroll | 1,466.59 |
| 04/17/2026 | Becki Overton | Payroll | 1,129.48 |
| 04/24/2026 | Janelle Van Eck | Payroll | 1,426.39 |
| 04/24/2026 | Andrea S. Garcia | Payroll | 1,530.15 |
| 04/24/2026 | Amy Ernest | Payroll | 2,279.15 |
| 04/24/2026 | Becki Overton | Payroll | 1,129.47 |
| | | | **$25,231.93** |
| | | | |
| **Total** | | | **$109,552.21** |

# Cool Freakin' Genius LLC

## April 2026

## Exhibit F

| Customer | Amount Due | Due Date |
|---|---|---|
| Masello Salon Services of NE | $18,298.50 | 2/13/2026 |

# Cool Freakin' Genius LLC

## April 2026

## Exhibit E

| Date | Vendor | Purpose | Due Date | Amount |
|------|--------|---------|----------|--------|
| 4/30/2026 | FillStor Ship LLC | Warehouse expenses | 5/31/2026 | $8,296.20 |
| 4/30/2026 | CitiCard | Operating expenses | 6/15/2026 | $330.68 |
| | | | TOTAL | $8,626.88 |

**EAST WEST BANK** Your financial bridge

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761 3967

ACCOUNT STATEMENT
Page   1   of   2
STARTING DATE: April 01, 2026
ENDING DATE: April 30, 2026
Total days in statement period: 30
███████ 3240
( 0 )

COOL FREAKIN GENIUS LLC
SUBV CHAPTER 11 DEBTOR IN POSSESSION
CASE #26-11023
GENERAL ACCOUNT
9229 SUNSET BLVD 8TH FL
LOS ANGELES CA 90069-0000

Protecting the security of your account
and personal information is our top
priority. Learn about our online security
best practices and tips on how to protect
yourself from cybercrime by visiting
eastwestbank.com/privacy-and-security.

## Business Performance

| | | | | |
|---|---|---|---|---|
| Account number | ███████3240 | Beginning balance | | $5,301.19 |
| Low balance | $1,911.62 | Total additions | ( 6 ) | 78,000.00 |
| Average balance | $5,360.39 | Total subtractions | ( 14 ) | 79,063.01 |
| | | Ending balance | | $4,238.18 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 04-01 | Onln Bkg Trft C | FR ACC 05500023247 | 1,000.00 |
| | 04-08 | Onln Bkg Trft C | FR ACC 05500023247 | 30,000.00 |
| | 04-09 | Onln Bkg Trft C | FR ACC 05500023247 | 26,000.00 |
| | 04-20 | Onln Bkg Trft C | FR ACC 05500023247 | 10,000.00 |
| | 04-22 | Onln Bkg Trft C | FR ACC 05500023247 | 5,000.00 |
| | 04-27 | Onln Bkg Trft C | FR ACC 05500023247 | 6,000.00 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 04-08 | Onln Bkg Trfn D | TO ACC 05500023247 | 20,000.00 |
| 04-08 | Preauth Debit | COOL FREAKIN GE Warehouse 260408 | 11,468.36 |
| 04-09 | Preauth Debit | COOL FREAKIN GE SETTLEMENT 260409 | 26,051.21 |
| 04-16 | Preauth Debit | FRANCHISE TAX BO PAYMENTS 260416 129597252 PM | 800.00 |
| 04-16 | Preauth Debit | FRANCHISE TAX BO PAYMENTS 260416 129568683 PM | 900.00 |
| 04-16 | Preauth Debit | FRANCHISE TAX BO PAYMENTS 260416 129574700 PM | 900.00 |
| 04-17 | Analysis Servic | ANALYSIS ACTIVITY FOR 03/26 | 270.00 |
| 04-20 | Preauth Debit | ATT PAYMENT 260419 | 794.93 |
| 04-21 | Preauth Debit | CITI CARD ONLINE PAYMENT 260421 | 4,012.65 |
| 04-22 | Preauth Debit | COOL FREAKIN GE JP_CFG_009 260422 | 2,642.50 |
| 04-23 | Outgoing Fx Ccy | FX OUT WIRE 101599118 1 1 COOL FREAKIN GENIU | 1,698.47 |
| 04-23 | Outgoing Fx Ccy | FX OUT WIRE 101599115 1 1 COOL FREAKIN GENIU | 2,901.91 |
| 04-27 | Preauth Debit | COOL FREAKIN GE AGnv106 260427 | 220.00 |
| 04-28 | Outgoing Fx Ccy | FX OUT WIRE 101600069 1 1 COOL FREAKIN GENIU | 6,402.98 |

# EAST WEST BANK
Your financial bridge

9300 Flair Dr., 1St FL
El Monte, CA. 91731

COOL FREAKIN GENIUS LLC

ACCOUNT STATEMENT
Page 2 of 2
STARTING DATE: April 01, 2026
ENDING DATE: April 30, 2026
████3240

---

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 03-31 | 5,301.19 | 04-16 | 2,181.62 | 04-22 | 9,461.54 |
| 04-01 | 6,301.19 | 04-17 | 1,911.62 | 04-23 | 4,861.16 |
| 04-08 | 4,832.83 | 04-20 | 11,116.69 | 04-27 | 10,641.16 |
| 04-09 | 4,781.62 | 04-21 | 7,104.04 | 04-28 | 4,238.18 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## STATEMENT BALANCING

### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement............................ $_____

**Add** Deposits not shown
on this Statement                              $_____
                                              _____
                                              _____
                    Sub Total.......... $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks................................... $_____

**Balance**............................** $_____

**ENTER**
Present Balance in
your checkbook..................... $_____

**Subtract** any service
charges, finance or
any other charges..................... $_____

            Sub Total ............ $_____

**Add** Monthly Interest
Earned ................................. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)................... $_____
                                      _____
                                      _____
                                      _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)................... $_____
                                      _____
                                      _____
                                      _____

**Balance**......................................... $_____

## IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT

You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

## ACCOUNTS WITH CHECK STORAGE

Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

## CHANGE OF ADDRESS

*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

## EAST WEST BANK  *Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page 1 of 2
STARTING DATE: April 01, 2026
ENDING DATE: April 30, 2026
Total days in statement period: 30

███████3247

( 0 )

> Protecting the security of your account
> and personal information is our top
> priority. Learn about our online security
> best practices and tips on how to protect
> yourself from cybercrime by visiting
> eastwestbank.com/privacy-and-security.

COOL FREAKIN GENIUS LLC
SUBV CHAPTER 11 DEBTOR IN POSSESSION
CASE #26-11023
PAYROLL ACCOUNT
9229 SUNSET BLVD 8TH FL
LOS ANGELES CA 90069-0000

## Business Performance

| | | | | |
|---|---|---|---|---|
| Account number | ███████3247 | Beginning balance | | $16,429.94 |
| Low balance | $7,513.71 | Total additions | ( 8 ) | 126,000.00 |
| Average balance | $25,187.99 | Total subtractions | ( 33 ) | 119,916.23 |
| | | Ending balance | | $22,513.71 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 04-01 | Pre-Auth Credit | KYARA MASCOLO SENDER 853941078 | 15,000.00 |
| | 04-02 | Pre-Auth Credit | KYARA MASCOLO SENDER 854484854 | 5,000.00 |
| | 04-06 | Pre-Auth Credit | KYARA MASCOLO SENDER 855179598 | 15,000.00 |
| | 04-08 | Onln Bkg Trft C | FR ACC 05500023240 | 20,000.00 |
| | 04-09 | Wire Trans-IN | 4dd0e2f0-1481-49ba-917b-262e7e7b194d BRUNO AND KYARA MA LOEB PAYMENT | 26,000.00 |
| | 04-14 | Pre-Auth Credit | KYARA MASCOLO SENDER 856718130 | 15,000.00 |
| | 04-21 | Pre-Auth Credit | KYARA MASCOLO SENDER 857977344 | 15,000.00 |
| | 04-28 | Pre-Auth Credit | KYARA MASCOLO SENDER 859261822 | 15,000.00 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 04-01 | Onln Bkg Trfn D | TO ACC 05500023240 | 1,000.00 |
| 04-03 | Preauth Debit | PAYROLL PAYROLL 260403 10107632 | 180.60 |
| 04-03 | Preauth Debit | INTUIT 88621227 PAYROLL 260403 10107632 | 1,129.47 |
| 04-03 | Preauth Debit | INTUIT 88621227 PAYROLL 260403 10107632 | 1,222.81 |
| 04-03 | Preauth Debit | INTUIT 39526465 TAX 260403 10107632 | 1,353.68 |
| 04-03 | Preauth Debit | INTUIT 88621227 PAYROLL 260403 10107632 | 1,355.06 |
| 04-03 | Preauth Debit | PAYROLL PAYROLL 260403 10107632 | 1,380.00 |
| 04-03 | Preauth Debit | INTUIT 88621227 PAYROLL 260403 10107632 | 2,766.90 |
| 04-08 | Onln Bkg Trfn D | TO ACC 05500023240 | 30,000.00 |
| 04-09 | Onln Bkg Trfn D | TO ACC 05500023240 | 26,000.00 |
| 04-10 | Preauth Debit | PAYROLL PAYROLL 260410 10107632 | 675.00 |
| 04-10 | Preauth Debit | INTUIT 89305609 PAYROLL 260410 10107632 | 1,129.47 |
| 04-10 | Preauth Debit | INTUIT 89305609 PAYROLL 260410 10107632 | 1,530.15 |
| 04-10 | Preauth Debit | INTUIT 89305609 PAYROLL 260410 10107632 | 1,567.12 |
| 04-10 | Preauth Debit | PAYROLL PAYROLL 260410 10107632 | 1,600.00 |

3409    rev 05-16

**EAST WEST BANK** Your financial bridge

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ACCOUNT STATEMENT
Page 2 of 2
STARTING DATE: April 01, 2026
ENDING DATE: April 30, 2026
█████3247

COOL FREAKIN GENIUS LLC

| Date | Transaction Description | | Subtractions |
|------|------------------------|--|-------------|
| 04-10 | Preauth Debit | INTUIT 89305609 PAYROLL 260410 10107632 | 2,266.90 |
| 04-10 | Preauth Debit | INTUIT 23190136 TAX 260410 10107632 | 2,319.90 |
| 04-17 | Preauth Debit | INTUIT 89889997 PAYROLL 260417 10107632 | 1,129.48 |
| 04-17 | Preauth Debit | INTUIT 89889997 PAYROLL 260417 10107632 | 1,466.59 |
| 04-17 | Preauth Debit | INTUIT 89889997 PAYROLL 260417 10107632 | 1,530.15 |
| 04-17 | Preauth Debit | PAYROLL PAYROLL 260417 10107632 | 1,730.00 |
| 04-17 | Preauth Debit | INTUIT 10325151 TAX 260417 10107632 | 2,220.58 |
| 04-17 | Preauth Debit | INTUIT 89889997 PAYROLL 260417 10107632 | 2,272.67 |
| 04-20 | Onln Bkg Trfn D | TO ACC 05500023240 | 10,000.00 |
| 04-22 | Onln Bkg Trfn D | TO ACC 05500023240 | 5,000.00 |
| 04-24 | Preauth Debit | INTUIT 90534486 PAYROLL 260424 10107632 | 1,129.47 |
| 04-24 | Preauth Debit | PAYROLL PAYROLL 260424 10107632 | 1,140.60 |
| 04-24 | Preauth Debit | INTUIT 90534486 PAYROLL 260424 10107632 | 1,426.39 |
| 04-24 | Preauth Debit | INTUIT 90534486 PAYROLL 260424 10107632 | 1,530.15 |
| 04-24 | Preauth Debit | PAYROLL PAYROLL 260424 10107632 | 1,590.00 |
| 04-24 | Preauth Debit | INTUIT 51788737 TAX 260424 10107632 | 1,993.94 |
| 04-24 | Preauth Debit | INTUIT 90534486 PAYROLL 260424 10107632 | 2,279.15 |
| 04-27 | Onln Bkg Trfn D | TO ACC 05500023240 | 6,000.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 03-31 | 16,429.94 | 04-09 | 31,041.42 | 04-22 | 24,603.41 |
| 04-01 | 30,429.94 | 04-10 | 19,952.88 | 04-24 | 13,513.71 |
| 04-02 | 35,429.94 | 04-14 | 34,952.88 | 04-27 | 7,513.71 |
| 04-03 | 26,041.42 | 04-17 | 24,603.41 | 04-28 | 22,513.71 |
| 04-06 | 41,041.42 | 04-20 | 14,603.41 | | |
| 04-08 | 31,041.42 | 04-21 | 29,603.41 | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|--|----------------------|-------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## STATEMENT BALANCING

### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement............................ $_____

**ENTER**
Present Balance in
your checkbook...................... $_____

**Add** Deposits not shown
on this Statement            $_____
                           _____
                           _____

**Subtract** any service
charges, finance or
any other charges..................... $_____

             **Sub Total**......... $_____

                **Sub Total** ............ $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Add** Monthly Interest
Earned ................................. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances).................... $_____
                           _____
                           _____
                           _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)................... $_____
                           _____
                           _____
                           _____

**Total** amount of outstanding
checks............................... $_____

**Balance**.................................** $_____

**Balance**.......................................... $_____

## IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT

You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

## ACCOUNTS WITH CHECK STORAGE

Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

## CHANGE OF ADDRESS

*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)