Fill in this information to identify the case!

Debtor Name  Cool Freakin' Genius LLC

United States Bankruptcy Court for the: Central District of California

Case number: 26-bk-11023-BB

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                 12/17

Month:            May 2026                                    Date report filed:   06/22/2026
                                                                                   MM / DD / YYYY

Line of business:  Sale of cosmetic and hair                  NAISC code:         4561

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                        Kyara Mascolo

Original signature of responsible party   _Kyara Mascolo_ (signature)

Printed name of responsible party         Kyara  Mascolo

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Cool Freakin' Genius LLC                                Case number 26-bk-11023-BB

17. Have you paid any bills you owed before you filed bankruptcy?                ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 26,751.89

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 95,000.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ 104,192.05

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -9,192.05

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 17,559.84

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                $ 16,367.48

  *(Exhibit E)*

Debtor Name  Cool Freakin' Genius LLC                    Case number 26-bk-11023-BB

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                       $ 18,298.50

      *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                     5
27. What is the number of employees as of the date of this monthly report?        4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                      $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?        $ 0.00
30. How much have you paid this month in other professional fees?                                                $ 0.00
31. How much have you paid in total other professional fees since filing the case?                              $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | Projected | — | Actual | = | Difference |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. Cash receipts | $ 0.00 | — | $ 95,000.00 | = | $ -95,000.00 |
| 33. Cash disbursements | $ 100,000.00 | — | $ 104,192.05 | = | $ 4,192.05 |
| 34. Net cash flow | $ -100,000.00 | — | $ -9,192.05 | = | $ -90,807.95 |

35. Total projected cash receipts for the next month:                   $ 0.00
36. Total projected cash disbursements for the next month:            - $ 100,000.00
37. Total projected net cash flow for the next month:                 = $ -100,000.00

Debtor Name  Cool Freakin' Genius LLC _____      Case number 26-bk-11023-BB _____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

| | | | |
|---|---|---|---|
| **Cool Freakin' Genius LLC** | | | |
| **Total Cash Receipts - May 2026** | | | |
| **Exhibit C** | | | |
| **Transaction date** | **From** | **Memo/Description** | **Amount** |
| 05/05/2026 | Mascolo Trust | Loan | 15,000.00 |
| 05/12/2026 | Mascolo Trust | Loan | 65,000.00 |
| 05/18/2026 | Mascolo Trust | Loan | 15,000.00 |
| | | | **$95,000.00** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Cool Freakin' Genius LLC | |
|---|---|---|---|
| | | **Total Cash Disbursements - May 2026** | |
| | | **Exhibit D** | |
| **Date** | **Payee** | **Purpose** | **Amount** |
| **Independent Contractor** | | | |
| 05/01/2026 | Jami Zabner | Independent Contractor Payment | 1,650.00 |
| 05/08/2026 | Jami Zabner | Independent Contractor Payment | 1,660.00 |
| 05/11/2026 | Jonathan Pacio | Graphic Designer for Repackaging | 2,012.50 |
| 05/11/2026 | Jonathan Pacio | Graphic Designer for Repackaging | 1,312.50 |
| 05/15/2026 | Jami Zabner | Independent Contractor Payment | 1,550.00 |
| 05/22/2026 | Jami Zabner | Independent Contractor Payment | 1,250.00 |
| 05/27/2026 | Jonathan Pacio | Graphic Designer for Repackaging | 1,400.00 |
| 05/27/2026 | Jonathan Pacio | Graphic Designer for Repackaging | 1,050.00 |
| 05/29/2026 | Jami Zabner | Independent Contractor Payment | 1,270.00 |
| | | | **$13,155.00** |
| | | | |
| **Warehouse Fees** | | | |
| 5/18/2026 | FillStorShip LLC | Warehouse Fees | 13,056.20 |
| | | | **$13,056.20** |
| | | | |
| **Credit Card** | | | |
| 5/28/2026 | Citi Card | Credit card payment for supplies, shipping fees, subscription and rent | 1,392.35 |
| | | | **$1,392.35** |
| | | | |
| **Bank Charges** | | | |
| 05/19/2026 | East West Bank | ANALYSIS ACTIVITY FOR 04/26 | 220.80 |
| | | | **$220.80** |
| | | | |
| **Accounting Fees** | | | |
| 05/01/2026 | Pro BizKeepers LLC | Bookkeeping Services | 506.25 |
| 05/08/2026 | Pro BizKeepers LLC | Bookkeeping Services | 487.50 |
| 05/15/2026 | Pro BizKeepers LLC | Bookkeeping Services | 450.00 |
| 05/22/2026 | Pro BizKeepers LLC | Bookkeeping Services | 337.50 |
| 05/29/2026 | Pro BizKeepers LLC | Bookkeeping Services | 450.00 |
| | | | **$2,231.25** |
| | | | |
| **Legal Fees** | | | |
| 05/14/2026 | Loeb & Loeb LLP | Legal Fees | 20,645.10 |
| | | | **$20,645.10** |
| | | | |
| **Inventory** | | | |
| 5/21/2026 | Hangzhou Ruijing Packaging | Bottles | 4,952.00 |
| 5/28/2026 | Wuxi Sunmart | Dip tubes | 108.00 |
| 5/29/2026 | Guangzhou Yuhua Packaging | Labes | 1,375.00 |
| | | | **$6,435.00** |
| | | | |
| **Samples** | | | |
| 5/26/2026 | Dongguan Baihui | Samples of bottles & caps | 3,618.68 |
| | | | **$3,618.68** |
| | | | |
| **Utilities** | | | |
| 05/19/2026 | AT&T | Telephone payment | 768.60 |
| | | | **$768.60** |
| | | | |
| **Medical Insurance** | | | |
| 05/01/2026 | Amy Ernest | Reimbursement for Medical Insurance | 500.00 |
| | | | **$500.00** |
| | | | |
| **Payroll Taxes** | | | |
| 05/01/2026 | QuickBooks Payroll | Tax Withdrawal | 2,103.54 |
| 05/08/2026 | QuickBooks Payroll | Tax Withdrawal | 2,122.37 |
| 05/15/2026 | QuickBooks Payroll | Tax Withdrawal | 2,112.67 |
| 05/22/2026 | QuickBooks Payroll | Tax Withdrawal | 2,110.04 |
| 05/29/2026 | QuickBooks Payroll | Tax Withdrawal | 2,098.31 |
| | | | **$10,546.93** |
| | | | |
| | | | |
| **Employee Wages** | | | |
| 05/01/2026 | Andrea S. Garcia | Payroll | 1,530.15 |
| 05/01/2026 | Becki Overton | Payroll | 1,129.47 |

| 05/01/2026 | Amy Ernest | Payroll | 2,279.16 |
|---|---|---|---|
| 05/01/2026 | Janelle Van Eck | Payroll | 1,351.61 |
| 05/08/2026 | Becki Overton | Payroll | 1,129.48 |
| 05/08/2026 | Janelle Van Eck | Payroll | 1,426.39 |
| 05/08/2026 | Andrea S. Garcia | Payroll | 1,530.15 |
| 05/08/2026 | Amy Ernest | Payroll | 2,279.17 |
| 05/15/2026 | Amy Ernest | Payroll | 2,279.15 |
| 05/15/2026 | Becki Overton | Payroll | 1,129.48 |
| 05/15/2026 | Andrea S. Garcia | Payroll | 1,530.15 |
| 05/15/2026 | Janelle Van Eck | Payroll | 1,406.27 |
| 05/22/2026 | Janelle Van Eck | Payroll | 1,476.64 |
| 05/22/2026 | Andrea S. Garcia | Payroll | 1,421.68 |
| 05/22/2026 | Becki Overton | Payroll | 1,129.46 |
| 05/22/2026 | Amy Ernest | Payroll | 2,279.15 |
| 05/29/2026 | Andrea S. Garcia | Payroll | 1,530.15 |
| 05/29/2026 | Amy Ernest | Payroll | 2,279.18 |
| 05/29/2026 | Becki Overton | Payroll | 1,129.48 |
| 05/29/2026 | Janelle Van Eck | Payroll | 1,375.77 |
|  |  |  | **$31,622.14** |
|  |  |  |  |
|  |  |  |  |
| **Total** |  |  | **$104,192.05** |

# Cool Freakin' Genius LLC

## May 2026

## Exhibit E

| Date | Vendor | Purpose | Due Date | Amount |
|---|---|---|---|---|
| 5/31/2026 | FillStor Ship LLC | Warehouse expenses | 6/30/2026 | $15,527.50 |
| 5/31/2026 | CitiCard | Operating expenses | 7/15/2026 | $839.98 |
| | | | TOTAL | $16,367.48 |

# Cool Freakin' Genius LLC

## May 2026

## Exhibit F

| Customer | Amount Due | Due Date |
|---|---|---|
| Masello Salon Services of NE | $18,298.50 | 2/13/2026 |

## EASTWEST BANK  Your financial bridge

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761 3967

ACCOUNT STATEMENT
Page 1 of 2
STARTING DATE: May 01, 2026
ENDING DATE: May 31, 2026
Total days in statement period: 31
███████3240
( 0 )

Switch to e-statements via our Mobile App or Online Banking for a paperless experience! You can access up to seven years of account history easily at your fingertips. Learn more by visiting eastwestbank.com/mobile or call 833.468.8356 for details.

COOL FREAKIN GENIUS LLC
SUBV CHAPTER 11 DEBTOR IN POSSESSION
CASE #26-11023
GENERAL ACCOUNT
9229 SUNSET BLVD 8TH FL
LOS ANGELES CA 90069-0000

## Business Performance

| | | | | |
|---|---|---|---|---|
| Account number | ███████3240 | Beginning balance | | $4,238.18 |
| Low balance | $913.18 | Total additions | ( 1 ) | 50,000.00 |
| Average balance | $9,539.91 | Total subtractions | ( 13 ) | 51,911.73 |
| | | Ending balance | | $2,326.45 |

## CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 05-14 | Onln Bkg Trft C | FR A██ ████████247 | 50,000.00 |

## DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 05-11 | Preauth Debit | COOL FREAKIN GE JP_CFG_011 260511 | 1,312.50 |
| 05-11 | Preauth Debit | COOL FREAKIN GE JP_CFG_010 260511 | 2,012.50 |
| 05-14 | Preauth Debit | COOL FREAKIN GE SETTLEMENT 260514 | 20,645.10 |
| 05-18 | Preauth Debit | COOL FREAKIN GE May2026 260518 | 13,056.20 |
| 05-19 | Analysis Servic | ANALYSIS ACTIVITY FOR 04/26 | 220.80 |
| 05-19 | Preauth Debit | ATT PAYMENT 260519 | 768.60 |
| 05-21 | Bbp Usd Intl WI | ACI34B5P00000926 Hangzhou Ruijing P ICBKCNBJHZU /ROC/CFG PO #70370 | 4,952.00 |
| 05-26 | Outgoing Wire | ACD34BAP00004030 Dongguan Baihui Pl 026073008 CFG/CFG26032601/ 4 00ML Bottles + Caps | 3,618.68 |
| 05-27 | Preauth Debit | COOL FREAKIN GE JP_CFG_012 260527 | 1,050.00 |
| 05-27 | Preauth Debit | COOL FREAKIN GE JP_CFG_013 260527 | 1,400.00 |
| 05-28 | Bbp Usd Intl WI | ACI34BCP00002991 Wuxi Sunmart Scien ABOCCNBJXXX Components: Dip Tu bes | 108.00 |
| 05-28 | Preauth Debit | CITI CARD ONLINE PAYMENT 260528 | 1,392.35 |
| 05-29 | Bbp Usd Intl WI | ACI34BDP00005426 Guangzhou Yuhua Pa CHASHKHHXXX Rescue it lid and disc | 1,375.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-30 | 4,238.18 | 05-19 | 16,222.48 | 05-28 | 3,701.45 |
| 05-11 | 913.18 | 05-21 | 11,270.48 | 05-29 | 2,326.45 |
| 05-14 | 30,268.08 | 05-26 | 7,651.80 | | |
| 05-18 | 17,211.88 | 05-27 | 5,201.80 | | |

3409     rev 05-16

# EAST WEST BANK
Your financial bridge

9300 Flair Dr., 1St FL
El Monte, CA. 91731

COOL FREAKIN GENIUS LLC

ACCOUNT STATEMENT
Page   2   of   2
STARTING DATE: May 01, 2026
ENDING DATE: May 31, 2026
3240

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# STATEMENT BALANCING

## Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement.......................... $_____

**Add** Deposits not shown
on this Statement                              $_____
                                               _____
                                               _____
                        Sub Total.......... $_____
**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks.............................. $_____

**Balance**...............................** $_____

**ENTER**
Present Balance in
your checkbook..................... $_____

**Subtract** any service
charges, finance or
any other charges.................... $_____

                        Sub Total ............ $_____

**Add** Monthly Interest
Earned ................................. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)................... $_____
                                      _____
                                      _____
                                      _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)................... $_____
                                      _____
                                      _____
                                      _____

**Balance**...................................... $_____

## IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT

You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1.  Tell us your name and account number.
2.  Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

## ACCOUNTS WITH CHECK STORAGE

Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

## CHANGE OF ADDRESS

*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

# EAST WEST BANK  Your financial bridge

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761 3967

**ACCOUNT STATEMENT**
Page 1 of 2
STARTING DATE: May 01, 2026
ENDING DATE: May 31, 2026
Total days in statement period: 31
████████3247
( 0 )

> Switch to e-statements via our Mobile App or Online Banking for a paperless experience! You can access up to seven years of account history easily at your fingertips. Learn more by visiting eastwestbank.com/mobile or call 833.468.8356 for details.

COOL FREAKIN GENIUS LLC
SUBV CHAPTER 11 DEBTOR IN POSSESSION
CASE #26-11023
PAYROLL ACCOUNT
9229 SUNSET BLVD 8TH FL
LOS ANGELES CA 90069-0000

## Business Performance

| | | | | |
|---|---|---|---|---|
| Account number | ████████3247 | Beginning balance | | $22,513.71 |
| Low balance | $11,463.53 | Total additions | ( 3 ) | 95,000.00 |
| Average balance | $26,029.14 | Total subtractions | ( 36 ) | 102,280.32 |
| | | Ending balance | | $15,233.39 |

## CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 05-05 | Pre-Auth Credit | KYARA MASCOLO SENDER 861130064 | 15,000.00 |
| | 05-12 | Pre-Auth Credit | KYARA MASCOLO SENDER 862417134 | 65,000.00 |
| | 05-18 | Wire Trans-IN | 17d421d9-7f68-4f27-8b36-f1780927c100 **BRUNO** AND KYARA MA /ROC/NOTPROVIDED | 15,000.00 |

## DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 05-01 | Preauth Debit | PAYROLL PAYROLL 260501 10107632 | 506.25 |
| 05-01 | Preauth Debit | INTUIT 91118993 PAYROLL 260501 10107632 | 1,129.47 |
| 05-01 | Preauth Debit | INTUIT 91118993 PAYROLL 260501 10107632 | 1,351.61 |
| 05-01 | Preauth Debit | INTUIT 91118993 PAYROLL 260501 10107632 | 1,530.15 |
| 05-01 | Preauth Debit | PAYROLL PAYROLL 260501 10107632 | 1,650.00 |
| 05-01 | Preauth Debit | INTUIT 29205474 TAX 260501 10107632 | 2,103.54 |
| 05-01 | Preauth Debit | INTUIT 91118993 PAYROLL 260501 10107632 | 2,779.16 |
| 05-08 | Preauth Debit | PAYROLL PAYROLL 260508 10107632 | 487.50 |
| 05-08 | Preauth Debit | INTUIT 91859778 PAYROLL 260508 10107632 | 1,129.48 |
| 05-08 | Preauth Debit | INTUIT 91859778 PAYROLL 260508 10107632 | 1,426.39 |
| 05-08 | Preauth Debit | INTUIT 91859778 PAYROLL 260508 10107632 | 1,530.15 |
| 05-08 | Preauth Debit | PAYROLL PAYROLL 260508 10107632 | 1,660.00 |
| 05-08 | Preauth Debit | INTUIT 77325041 TAX 260508 10107632 | 2,122.37 |
| 05-08 | Preauth Debit | INTUIT 91859778 PAYROLL 260508 10107632 | 2,279.17 |
| 05-14 | Onln Bkg Trfn D | TO ACC████3240 | 50,000.00 |
| 05-15 | Preauth Debit | PAYROLL PAYROLL 260515 10107632 | 450.00 |
| 05-15 | Preauth Debit | INTUIT 93242700 PAYROLL 260515 10107632 | 1,129.48 |
| 05-15 | Preauth Debit | INTUIT 93242700 PAYROLL 260515 10107632 | 1,406.27 |
| 05-15 | Preauth Debit | INTUIT 93242700 PAYROLL 260515 10107632 | 1,530.15 |
| 05-15 | Preauth Debit | PAYROLL PAYROLL 260515 10107632 | 1,550.00 |

3409    rev 05-16

# EAST WEST BANK
*Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

COOL FREAKIN GENIUS LLC

ACCOUNT STATEMENT
Page  2  of  2
STARTING DATE: May 01, 2026
ENDING DATE: May 31, 2026
▬▬▬3247

| Date | Transaction Description | | Subtractions |
|------|------------------------|---|-------------:|
| 05-15 | Preauth Debit | INTUIT 44266182 TAX 260515 10107632 | 2,112.67 |
| 05-15 | Preauth Debit | INTUIT 93242700 PAYROLL 260515 10107632 | 2,279.15 |
| 05-22 | Preauth Debit | PAYROLL PAYROLL 260522 10107632 | 337.50 |
| 05-22 | Preauth Debit | INTUIT 93903114 PAYROLL 260522 10107632 | 1,129.46 |
| 05-22 | Preauth Debit | PAYROLL PAYROLL 260522 10107632 | 1,250.00 |
| 05-22 | Preauth Debit | INTUIT 93903114 PAYROLL 260522 10107632 | 1,421.68 |
| 05-22 | Preauth Debit | INTUIT 93903114 PAYROLL 260522 10107632 | 1,476.64 |
| 05-22 | Preauth Debit | INTUIT 75257971 TAX 260522 10107632 | 2,110.04 |
| 05-22 | Preauth Debit | INTUIT 93903114 PAYROLL 260522 10107632 | 2,279.15 |
| 05-29 | Preauth Debit | PAYROLL PAYROLL 260529 10107632 | 450.00 |
| 05-29 | Preauth Debit | INTUIT 94579888 PAYROLL 260529 10107632 | 1,129.48 |
| 05-29 | Preauth Debit | PAYROLL PAYROLL 260529 10107632 | 1,270.00 |
| 05-29 | Preauth Debit | INTUIT 94579888 PAYROLL 260529 10107632 | 1,375.77 |
| 05-29 | Preauth Debit | INTUIT 94579888 PAYROLL 260529 10107632 | 1,530.15 |
| 05-29 | Preauth Debit | INTUIT 54481762 TAX 260529 10107632 | 2,098.31 |
| 05-29 | Preauth Debit | INTUIT 94579888 PAYROLL 260529 10107632 | 2,279.18 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 04-30 | 22,513.71 | 05-12 | 80,828.47 | 05-22 | 25,366.28 |
| 05-01 | 11,463.53 | 05-14 | 30,828.47 | 05-29 | 15,233.39 |
| 05-05 | 26,463.53 | 05-15 | 20,370.75 | | |
| 05-08 | 15,828.47 | 05-18 | 35,370.75 | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|:---:|:---:|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## STATEMENT BALANCING

### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement........................    $_____

**Add** Deposits not shown
on this Statement                        $_____
                                          _____
                                          _____
                        Sub Total.........    $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks.................................    $_____

Balance.................................**    $_____

**ENTER**
Present Balance in
your checkbook.....................    $_____

**Subtract** any service
charges, finance or
any other charges.....................    $_____

                        Sub Total ............    $_____

**Add** Monthly Interest
Earned ................................    $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)...................    $_____
                                          _____
                                          _____
                                          _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)...................    $_____
                                          _____
                                          _____
                                          _____

Balance.................................    $_____

## IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT

You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number.
2.  Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

## ACCOUNTS WITH CHECK STORAGE

Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

## CHANGE OF ADDRESS

*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)