LOEB & LOEB LLP
BERNARD R. GIVEN II (SBN 134718)
bgiven@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Debtor
COOL FREAKIN' GENIUS LLC

**UNITED STATES BANKRUPTCY COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>COOL FREAKIN' GENIUS LLC,<br><br>Debtor.<br><br>Tax ID. 45-4473052 | Case No.: 2:26-bk-11023-BB<br><br>Chapter 11, Subchapter V<br><br>Judge: Hon. Sheri Bluebond<br><br>**NOTICE OF DEADLINE TO FILE REQUESTS FOR PAYMENT OF ADMINISTRATIVE EXPENSE PRIORITY CLAIMS PURSUANT TO 11 U.S.C. § 503**<br><br>**ADMINISTRATIVE EXPENSE PRIORITY CLAIMS BAR DATE: SEPTEMBER 30, 2026** |

**PLEASE TAKE NOTICE** that the Court has set September 30, 2026 (the "Administrative Claims Bar Date") as the deadline by which parties, other than the United States Trustee and professionals employed at the expense of the estate, must file and serve requests for the allowance of administrative expense priority claims ("Administrative Claims") of the kind described in 11 U.S.C. § 503(b), that are entitled to priority under 11 U.S.C. § 507(a)(2), and that were incurred or accrued or arose before September 15, 2026.



Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

**PLEASE TAKE FURTHER NOTICE** that any person or entity who wishes to assert an Administrative Claim in this case must file a request for payment of the Administrative Claim with the Court on or before the Administrative Claims Bar Date and serve a copy on counsel for the Debtor, whose contact information appears in the upper left-hand corner of the first page of this Notice.

**PLEASE TAKE FURTHER NOTICE** that any person or entity (other than professionals employed at the expense of the estate herein) that fails to file and serve a request for payment of the Administrative Claim by the Administrative Claims Bar Date shall be barred from thereafter asserting a right to payment of any Administrative Claim that was incurred or accrued or arose on or before September 15, 2026.

Dated: September 8, 2026

Respectfully submitted,

LOEB & LOEB LLP
BERNARD R. GIVEN, II

By: /s/ Bernard R. Given, II
Bernard R. Given, II

Attorney for Debtor
COOL FREAKIN' GENIUS LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067-4120**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF DEADLINE TO FILE REQUESTS FOR PAYMENT OF ADMINISTRATIVE EXPENSE PRIORITY CLAIMS PURSUANT TO 11 U.S.C. § 503**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **09/08/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Moriah Douglas Flahaut (TR)
df@echoparklegal.com, C194@ecfcbis.com;fritz@echoparklegal.com

David Samuel Shevitz on behalf of U.S. Trustee United States Trustee (LA)
David.S.Shevitz@usdoj.gov

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **09/08/2026** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| **09/08/2026** | **Martha Ortiz** | **/s/ Martha Ortiz** |
| *Date* | *Printed Name* | *Signature* |

Adams Duerk and Kamenstein LLP
Alec Johnson
445 S Figueroa Street Suite 2300
Los Angeles, CA 90071

Amy Ernest
140 Carl Brashear Drive Unit 14
Bayonne, NJ 07002

Andrea Garcia
805 Cloister Way
McKinney, TX 75069

Bank of America
Attn: Bankruptcy Department
475 Cross Point Pkwy PO Box 9000
Getzville, NY 14068

Becki Overton
9966 NE Highway 33
Guthrie, OK 73044

Bruno Mascolo 2015
Delaware Grantor Trust
9229 West Sunset Blvd 8th Floor
West Hollywood, CA 90069

Canva
200 E 6th St, Ste 200
Austin, TX 78701

CCSI efax
700 S Flower St 15th Floor
Los Angeles, CA 90017

PO Box 6500
Sioux Falls, SD 57117

Elida Beauty US (IP) LLC
1656 Waters Ridge Dr
Lewisville, TX 75057

Evanston Ins Co
Ten Parkway North
Deerfield, IL 60015

Expensify
401 SW 5th Ave
Portland, OR 97204

FillStorShip LLC
C/o Chad Junkin
15601 Cypress St
Irwindale, CA 91706

Freight Transportation Co
Ranko Balog Co
9111 S La Cienega Blvd 209
Inglewood, CA 90301-7437

Fross Zelnick Lehrman and Zissu PC
Leo Kittay
152 West 42nd St 18th Fl
New York, NY 10037

Fross Zelnick Lehrman and Zissu PC
Jessica G Ogden
151 West 42nd St 17th Fl
New York, NY 10036

GAR Laboratories
1844 Massachusetts Avenue
Riverside, CA 92507

Industrious
9229 Sunset Blvd 8th fl
West Hollywood, CA 90069

Intuit (software&payroll) subscription
c/o CSC
251 Little Falls Drive
Wilmington, DE 19808

Jami Zabner
1474 N Kings Road
West Hollywood, CA 90069

Janelle van Eck
10306 Keswick Ave Apt 3
Los Angeles, CA 90064

Knowles & Company Insurance Services
5707 Corsa Ave Suite 106
Westlake Village, CA 91362

Kyara Mascolo 2015
Delaware Grantor Trust
9229 West Sunset Blvd 8th Floor
West Hollywood, CA 90069

Law Offices of Dorothy B Richardson
6303 Owensmouth Avenue 10th Floor
Woodland Hills, CA 91367

Lemark Ins
11494 Burbank Blvd
Los Angeles, CA 91601

Lemark Insurance Inc
11494 Burbank Blvd
North Hollywood, CA 91601

Linkedin
Attn Legal Department
1000 West Maude Avenue
Sunnyvale, CA 94085

Linktree
Attn Legal Department
560 3rd Street
San Francisco, CA 94107

Mailchimp
Attn Legal Department
2700 Coast Ave
Mountainview, CA 94043

Nationwide Management Liability
& Specialty Claims Manager
250 Greenwich Street 37th Floor
New York, NY 10007

Northwest Professional Center
E-Risk Services LLC
227 US Hwy 206 Suite 302
Flanders, NJ 07836

ProBizKeepers LLC
C/o Danielle Brewster
10736 Jefferson Blvd Ste 450
Culver City, CA 90230

Robin Turner
9202 17th Ave SW Unit A
Seattle, WA 98106

Santander Consumer USA
Attn: Bankruptcy Dept
PO Box 560284
Dallas, TX 75356-0284

TIGI Corp
800 Sylvan Ave
Englewd Clfs, NJ 07632

TIGI Holdings Ltd
C/O Dwf Co Secretarial Services Ltd
1 Scott Place 2 Hardman Street
Manchester, UK M3 3AA

Zoomcom
55 Almaden Blvd 6th Fl
San Jose, CA 95113

Moriah Douglas Flahaut (TR)
Echo Park Legal, APC
2210 Sunset Blvd. #301
Los Angeles, CA 90026

U.S. Trustee
United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017