| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| BERNARD R. GIVEN II (SBN 134718)<br>Loeb & Loeb LLP<br>10100 Santa Monica Blvd., Suite 2200<br>Los Angeles, CA 90067<br>Tel: 310-282-2000<br>Fax: 310-282-2200<br>Email: bgiven@loeb.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* COOL FREAKIN' GENIUS LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES**

| In re: | CASE NO.: 2:26-bk-11023-BB<br>CHAPTER: 11, Subchapter V |
|---|---|
| COOL FREAKIN' GENIUS LLC,<br><br>Debtor(s) | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>SOLICITATION OF DEBTOR'S THIRD AMENDED CHAPTER 11 (SUBCHAPTER V) PLAN OF REORGANIZATION |

PLEASE TAKE NOTE that the order titled ORDER SETTING DEADLINES FOR SOLITICATION OF DEBTOR'S THIRD AMENDED CHAPTER 11 (SUBCHAPTER V) PLAN OF REORGANIZATION

was lodged on (*date*) 9/8/2026 and is attached. This order relates to the plan which is docket number 64.

[1] Please abbreviate if title cannot fit into text field.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **9/8/2026**________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Moriah Douglas Flahaut (TR)
df@echoparklegal.com, C194@ecfcbis.com;fritz@echoparklegal.com

Bernard R Given, II on behalf of Debtor Cool Freakin' Genius LLC
bgiven@loeb.com,
mortiz@loeb.com;ladocket@loeb.com;bsimmons@loeb.com;fmckeown@loeb.com;bgiven@ecf.courtdrive.com

David Samuel Shevitz on behalf of U.S. Trustee United States Trustee (LA)
David.S.Shevitz@usdoj.gov

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**: On (*date*) ______________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 8, 2026 | Martha Ortiz | /s/ Martha Ortiz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

LOEB & LOEB LLP
BERNARD R. GIVEN II (SBN 134718)
bgiven@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Debtor
COOL FREAKIN' GENIUS LLC

**UNITED STATES BANKRUPTCY COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>COOL FREAKIN' GENIUS LLC,<br><br>Debtor.<br><br>Tax ID. 45-4473052 | Case No.: 2:26-bk-11023-BB<br><br>Chapter 11, Subchapter V<br><br>Judge: Hon. Sheri Bluebond<br><br>**[PROPOSED] ORDER SETTING DEADLINES FOR SOLICITATION OF DEBTOR'S THIRD AMENDED CHAPTER 11 (SUBCHAPTER V) PLAN OF REORGANIZATION** |

The Court held a status conference on September 2, 2026 at 11:00 a.m. to address, among other things, the Debtor's Second Amended Chapter 11 (Subchapter V) Plan of Reorganization [Docket No. 64] (the "Second Amended Plan"). Appearances were made as set forth on the record. Having considered the record, and good cause appearing therefore, the Court ORDERS as follows:

1. On or before **September 16, 2026**, Debtor shall file the Debtor's Third Amended Chapter 11 (Subchapter V) Plan of Reorganization (the "Plan") and a redline to the Second Amended Plan.



Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

2. On or before **September 25, 2026**, Debtor shall mail the Plan and ballot based on Official Form No. 314 to all parties entitled to vote on the Plan.

3. The deadline to submit ballots to accept or reject the Plan shall be **October 23, 2026**. Ballots may be submitted electronically to bgiven@loeb.com or by mail or hand delivery to: Loeb & Loeb LLP, Attn: Bernard R. Given II, 10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067. No ballot should be sent to the Debtor, the Subchapter V Trustee, or their agents. Ballots sent to any person other than the Debtor's counsel will not be counted.

4. Any objection to confirmation of the Plan must be filed and served so as to be received by counsel for the Debtor, the U.S. Trustee and the Subchapter V Trustee no later than **October 23, 2026**.

5. On or before **October 30, 2026**, the Debtor shall file a voting report in respect of the Plan.

6. A status conference shall be held on **November 22, 2026 at 11:00 a.m.** at the United States Bankruptcy Court for the Central District of California, Edward R. Roybal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012, Courtroom 1668.

7. The Debtor is responsible for serving an entered copy of this Order on all interested parties within 24 hours of entry of this Order on the docket and for filing a proof of service with the Court immediately thereafter.

**IT IS SO ORDERED.**

# # #



Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations