LOEB & LOEB LLP
BERNARD R. GIVEN II (SBN 134718)
bgiven@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Debtor
COOL FREAKIN' GENIUS LLC

FILED & ENTERED

SEP 11 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>COOL FREAKIN' GENIUS LLC,<br><br>Debtor.<br><br>Tax ID. 45-4473052 | Case No.: 2:26-bk-11023-BB<br><br>Chapter 11, Subchapter V<br><br>Judge: Hon. Sheri Bluebond<br><br>**ORDER SETTING SOLICITATION DEADLINES RE DEBTOR'S THIRD AMENDED CHAPTER 11 (SUBCHAPTER V) PLAN OF REORGANIZATION**<br><br>Status Conference:<br>Date: November 12, 2026<br>Time: 11:00 a.m.<br>Place: Courtroom 1539 |

The Court held a status conference on September 2, 2026 at 11:00 a.m. to address, among other things, the Debtor's Second Amended Chapter 11 (Subchapter V) Plan of Reorganization [Docket No. 64] (the "Second Amended Plan"). Appearances were made as set forth on the record.

Having considered the record, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. On or before **September 16, 2026**, Debtor shall file the Debtor's Third Amended Chapter 11 (Subchapter V) Plan of Reorganization (the "Plan") and a redline to the Second Amended Plan.

2. On or before **September 25, 2026**, Debtor shall mail the Plan and ballot based on Official Form No. 314 to all parties entitled to vote on the Plan.

3. The deadline to submit ballots to accept or reject the Plan shall be **October 23, 2026**. Ballots may be submitted electronically to bgiven@loeb.com or by mail or hand delivery to: Loeb & Loeb LLP, Attn: Bernard R. Given II, 10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067. No ballot should be sent to the Debtor, the Subchapter V Trustee, or their agents. Ballots sent to any person other than the Debtor's counsel will not be counted.

4. Any objection to confirmation of the Plan must be filed and served so as to be received by counsel for the Debtor, the U.S. Trustee and the Subchapter V Trustee no later than **October 23, 2026**.

5. On or before **October 30, 2026**, the Debtor shall file a voting report in respect of the Plan.

6. A status conference shall be held on **November ~~22~~ 12, 2026 at 11:00 a.m.** at the United States Bankruptcy Court for the Central District of California, Edward R. Roybal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012, Courtroom 1668.

/ /

/ /

/ /

/ /

/ /

7. The Debtor is responsible for serving an entered copy of this Order on all interested parties within 24 hours of entry of this Order on the docket and for filing a proof of service with the Court immediately thereafter.

**IT IS SO ORDERED.**

# # #

Date: September 11, 2026

Sheri Bluebond
United States Bankruptcy Judge