MICHAEL B. LUBIC (SBN 122591)
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001
Email: michael.lubic@klgates.com

Attorneys for Creditors TIGI Linnea Corp, TIGI Holdings Ltd., and Elida Beauty US (IP) LLC

FILED & ENTERED

SEP 24 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>COOL FREAKIN' GENIUS LLC,<br><br>Debtor. | Case No. 2:26-bk-11023-BB<br><br>Chapter 11<br><br>**ORDER GRANTING STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY RE ACTION IN DISTRICT COURT**<br><br>[No hearing requested] |

The Court, having read and considered the Stipulation for Relief from the Automatic Stay re Action in District Court dated as of September 22, 2026 [Dkt. No. 74] (the "Stipulation") by and between Cool Freakin' Genius LLC (the "Debtor"), on the one hand, and creditors TIGI Linnea Corp, TIGI Holdings Ltd., and Elida Beauty US (IP) LLC (collectively the "TIGI Parties"), on the other hand, and good cause appearing therefor,

**IT IS HEREBY ORDERED that:**

1. The Stipulation is approved;

2. The automatic stay of 11 U.S.C. §362 is hereby modified, terminated or annulled to the extent necessary to allow Case No. 2:25-cv-10761-ODW-AS currently pending in the United States District Court for the Central District of California before the Honorable Otis D. Wright, II (the "IP Case") to proceed for all purposes including, without limitation, the final determination regarding injunctive relief against the Debtor and the liquidation of any claims of the TIGI Parties, or any of them, against the Debtor arising out of or related to the IP Case;

3. Any monetary judgment against the Debtor issued by the District Court in favor of the TIGI Parties, or any of them, shall be a claim in this bankruptcy case; and

4. Relief from the automatic stay shall be effective immediately upon entry of this Order.

###

Date: September 24, 2026

Sheri Bluebond
United States Bankruptcy Judge