LOEB & LOEB LLP
BERNARD R. GIVEN II (SBN 134718)
bgiven@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Debtor
COOL FREAKIN' GENIUS LLC

**UNITED STATES BANKRUPTCY COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>COOL FREAKIN' GENIUS LLC,<br><br>Debtor.<br><br>Tax ID. 45-4473052 | Case No.: 2:26-bk-11023-BB<br><br>Chapter 11, Subchapter V<br><br>Judge: Hon. Sheri Bluebond<br><br>**DEBTOR'S PROOF OF SERVICE OF PLAN AND BALLOT** |

I, Bernard R. Given, II declare:

1. I am over the age of 18 years and not a party to the bankruptcy proceeding.

2. I am counsel to Cool Freakin' Genius LLC (the "**Debtor**") and a partner at Loeb & Loeb LLP, 10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067.

3. Pursuant to the Court's Order *Setting Deadlines Re Debtor's Third Amended Chapter 11 (Subchapter V) Plan Of Reorganization* [Docket No. 70], on September 25, 2026, I caused the Debtor's Third Amended Plan and Ballot to be served via U.S. Mail on the parties entitled to vote on the Plan, listed on the attached service list.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 30th day of September, 2026, at Los Angeles, California.

*/s/ Bernard R. Given, II*
Bernard R. Given, II



**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

# SERVICE LIST

CitiCards
PO Box 6500
Sioux Falls, SD 57117

Elida Beauty US (IP) LLC
1656 Waters Ridge Dr
Lewisville, TX 75057

FillStorShip LLC
C/o Chad Junkin
15601 Cypress St
Irwindale, CA 91706

Kyara Mascolo 2015
Delaware Grantor Trust
9229 West Sunset Blvd 8th Floor
West Hollywood, CA 90069

Tesla Inc.
13005 Sherman Way
Los Angeles, CA 91605

Santander Consumer USA Inc; as
Assignee for Santander Lease
P.O. Box 961275
Fort Worth, TX 76161

Santander Consumer USA
Attn: Bankruptcy Dept
PO Box 560284
Dallas, TX 75356-0284

TIGI Linea Corp
800 Sylvan Ave
Englewd Clfs, NJ 07632

TIGI Holdings Ltd
C/O Dwf Co Secretarial Services Ltd
1 Scott Place 2 Hardman Street
Manchester, UK M3 3AA



Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations