**Fill in this information to identify the case:**

Debtor Name Cool Freakin' Genius LLC

United States Bankruptcy Court for the: Central District of California

Case number: 26-bk-11023-BB

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: October 2026

Date report filed: 10/21/2026 MM / DD / YYYY

Line of business: Sale of cosmetic and hair

NAISC code: 4561

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Kyara Mascolo

Original signature of responsible party: Kyara Mascolo

Printed name of responsible party: Kyara Mascolo

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| ***If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.*** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☑ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| ***If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.*** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** — $ 50,965.32

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. — $ 188,507.37

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. — − $ 61,697.48

22. **Net cash flow** — + $ 126,809.89

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. — = $ 177,775.21

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** — $ 6,906.43

*(Exhibit E)*

Debtor Name Cool Freakin' Genius LLC Case number 26-bk-11023-BB

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 18,298.50

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 5
27. What is the number of employees as of the date of this monthly report? 3

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** | – | Column B **Actual** | = | *Column C* **Difference** |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 0.00 | – | $ 188,507.37 | = | $ 188,507.37 |
| 33. **Cash disbursements** | $ 60,000.00 | – | $ 61,697.48 | = | $ 1,697.48 |
| 34. **Net cash flow** | $ -60,000.00 | – | $ 126,809.89 | = | $ 186,809.89 |

35. Total projected cash receipts for the next month: $ 0.00
36. Total projected cash disbursements for the next month: - $ 60,000.00
37. Total projected net cash flow for the next month: = $ -60,000.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

| Cool Freakin' Genius LLC | | | |
|---|---|---|---|
| Total Cash Receipts - October 2026 | | | |
| Exhibit C | | | |
| | | | |
| **Transaction date** | **From** | **Memo/Description** | **Amount** |
| 10/06/2026 | Mascolo Trust | Loan | 15,000.00 |
| 10/14/2026 | Mascolo Trust | Loan | 15,000.00 |
| 10/20/2026 | Mascolo Trust | Loan | 10,000.00 |
| 10/22/2026 | Loeb & Loeb | Refund | 133,507.37 |
| 10/27/2026 | Mascolo Trust | Loan | 15,000.00 |
| | | | **$188,507.37** |
| | | | |
| | | | |
| | | | |

| Cool Freakin' Genius LLP | | | |
|---|---|---|---|
| Total Disbursements - October 2026 | | | |
| Exhibit D | | | |
| | | | |
| **Date** | **Name** | **Description** | **Amount** |
| | | | |
| | | | |
| **Accounting** | | | |
| 10/02/2026 | Pro BizKeepers LLC | Bookkeeping Services | 600.00 |
| 10/09/2026 | Pro BizKeepers LLC | Bookkeeping Services | 525.00 |
| 10/16/2026 | Pro BizKeepers LLC | Bookkeeping Services | 525.00 |
| 10/23/2026 | Pro BizKeepers LLC | Bookkeeping Services | 525.00 |
| 10/30/2026 | Pro BizKeepers LLC | Bookkeeping Services | 675.00 |
| | | | **$2,850.00** |
| | | | |
| **Regulatory Fees** | | | |
| 10/28/2026 | Obelis Group | Regulatory Fees | 3,068.52 |
| 10/28/2026 | Obelis Group | Regulatory Fees | 483.36 |
| | | | **$3,551.88** |
| | | | |
| | | | |
| **Bank Charges** | | | |
| 10/20/2026 | East West Bank | Bank Fees | 75.00 |
| 10/20/2026 | East West Bank | Bank Fees | 180.00 |
| | | | **$255.00** |
| | | | |
| **Freight & Delivery inbound)** | | | |
| 10/8/2026 | Dongguan Bangui Plastic Products Co., Ltd. | Inbound shipping | 2007.34 |
| 10/16/2026 | UPS | Inbound shipping | 32.81 |
| | | | **$2,040.15** |
| | | | |
| | | | |
| **Utilities** | | | |
| 10/20/2026 | AT&T | Telephone | 781.63 |
| | | | **$781.63** |
| | | | |
| **Medical Insurance** | | | |
| 10/02/2026 | Amy Ernest | Reimbursement | 500.00 |
| | | | **$500.00** |
| | | | |
| **Insurance** | | | |
| 10/22/2026 | Lemark Insurance, Inc. | Liability Insurance | 2,349.06 |
| | | | **$2,349.06** |
| | | | |
| **Outside Services** | | | |
| 10/02/2026 | Jami Zabner | Independent Contractor | 1,630.00 |
| 10/09/2026 | Jami Zabner | Independent Contractor | 1,620.00 |
| 10/16/2026 | Jami Zabner | Independent Contractor | 1,570.00 |
| 10/23/2026 | Jami Zabner | Independent Contractor | 1,540.00 |
| 10/30/2026 | Jami Zabner | Independent Contractor | 1,630.00 |
| | | | **$7,990.00** |
| | | | |
| **Credit Card** | | | |
| 10/22/2026 | CitiCard | Credit Card payment for samples, subscriptions, supplies, shipping fees and rent | $4,458.67 |
| | | | **$4,458.67** |
| | | | |
| **Inventory** | | | |
| 10/15/2026 | GAR Laboratories | Filling | 604.50 |
| 10/27/2026 | Wuxi Sunsmart Science and Technology | Components | 1,019.50 |
| | | | **$1,624.00** |
| | | | |
| **Payroll Taxes** | | | |
| 10/02/2026 | Intuit QuickBooks Workforce | Employer Taxes | 1,684.60 |
| 10/09/2026 | Intuit QuickBooks Workforce | Employer Taxes | 1,965.32 |
| 10/16/2026 | Intuit QuickBooks Workforce | Employer Taxes | 1,629.38 |

| | | | |
|---|---|---|---|
| 10/23/2026 | Intuit QuickBooks Workforce | Employer Taxes | 1,689.49 |
| 10/30/2026 | Intuit QuickBooks Workforce | Employer Taxes | 1,738.32 |
| | | | **$8,707.11** |
| | | | |
| **Employee Wages** | | | |
| 10/02/2026 | Janelle Van Eck | Payroll Wages | 1,396.23 |
| 10/02/2026 | Amy Ernest | Payroll Wages | 2,279.16 |
| 10/02/2026 | Andrea S. Garcia | Payroll Wages | 1,530.15 |
| 10/09/2026 | Andrea S. Garcia | Payroll Wages | 1,530.15 |
| 10/09/2026 | Janelle Van Eck | Payroll Wages | 1,961.91 |
| 10/09/2026 | Amy Ernest | Payroll Wages | 2,279.16 |
| 10/16/2026 | Janelle Van Eck | Payroll Wages | 1,272.20 |
| 10/16/2026 | Andrea S. Garcia | Payroll Wages | 1,530.15 |
| 10/16/2026 | Amy Ernest | Payroll Wages | 2,279.17 |
| 10/23/2026 | Janelle Van Eck | Payroll Wages | 1,406.28 |
| 10/23/2026 | Andrea S. Garcia | Payroll Wages | 1,530.15 |
| 10/23/2026 | Amy Ernest | Payroll Wages | 2,279.15 |
| 10/30/2026 | Janelle Van Eck | Payroll Wages | 1,506.80 |
| 10/30/2026 | Amy Ernest | Payroll Wages | 2,279.17 |
| 10/30/2026 | Andrea S. Garcia | Payroll Wages | 1,530.15 |
| | | | **$26,589.98** |
| | | | |
| | | | |
| **TOTAL** | | | **$61,697.48** |

# Cool Freakin' Genius LLC

## October 2026

## Exhibit E

| Date | Vendor | Purpose | Due Date | Amount |
|---|---|---|---|---|
| 10/21/2026 | FillStor Ship LLC | Warehouse expenses | 11/20/2026 | $4,922.50 |
| 10/31/2026 | CitiCard | Operating expenses | 11/15/2026 | $1,983.93 |
| | | | TOTAL | $6,906.43 |

# Cool Freakin' Genius LLC

## October 2026

## Exhibit F

| Customer | Amount Due | Due Date |
|---|---|---|
| Masello Salon Services of NE | $18,298.50 | 2/13/2026 |

EAST WEST BANK

Account Number: XXXXXX3240
Statement Date: 10/31/2026


Customer Service Center
P.O. Box 927
Alhambra, CA 91802-0927
**Electronic Service Requested**

2687 O11470REG11022611045 07 000000000 697079 004

COOL FREAKIN GENIUS LLC
SUBV CHAPTER 11 DEBTOR IN POSSESSION
CASE #26-11023
GENERAL ACCOUNT
9229 SUNSET BLVD 8TH FL
LOS ANGELES CA 90069-0000

48540 1051643 0001-0003 0000000000000000

## Customer Service Information

**Call Us:** Questions? We are ready to assist you.

**Visit a Branch:** eastwestbank.com/locations

**Find Us Online:** eastwestbank.com/contact-us

**General Questions**
888.895.5650
Monday to Friday: 6:00 AM - 7:00 PM PT
Saturday: 9:00 AM - 5:00 PM PT

**Commercial Banking**
888.761.3967
Monday to Thursday: 6:00 AM - 2:30 AM PT
Friday: 6:00 AM - 7:00 PM PT
Sunday: 4:00 PM - 12:00 AM PT

**24-Hour Automated Telephone Banking**
U.S. Domestic - 800.809.6761
International - 626.799.0228

## Important Message

*THANK YOU FOR CHOOSING EAST WEST BANK AS YOUR FINANCIAL BRIDGE. PLEASE CAREFULLY REVIEW YOUR ACCOUNT DETAILS BELOW. SHOULD THERE BE QUESTIONS OR CONCERNS, PLEASE DON'T HESITATE TO CONTACT US.*

## BUSINESS PERFORMANCE — Account Number: XX-XXXX3240

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 10/01/26** | **$23,646.29** |
| + Deposits and Credits (1) | $133,507.37 |
| - Checks Posted (1) | $32.81 |
| - Withdrawals and Debits (10) | $15,027.58 |
| **Ending Balance as of 10/31/26** | **$142,093.27** |
| Number of Days in Statement Period | 31 |
| Low Balance | $19,997.82 |
| Average Balance | $61,598.03 |

### Checks Posted

* Indicates a break in check sequence
R-Check has been returned

| Date | Check# | Amount |
|---|---|---|
| Oct 23 | 5002 | $32.81 |

### Debits

| Date | Description | Withdrawals |
|---|---|---|
| Oct 08 | BBP USD INTL WIRE<br>ACI3548P00003050 Dongguan Baihui PI CITIHKHXXXX<br>Shipping cost squa re bottle | -$2,007.34 |

FDIC

# STATEMENT BALANCING

**Fill in the amounts below from the front of this statement and your checkbook.**

**ENTER**
Ending Balance of
This Statement .............................. $ __________________

Add Deposits not shown
on this Statement $ __________________
__________________
__________________

Sub Total ........... $ __________________

**Subtract** Checks Issued
but no on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | TOTAL | |

**Total** amount of outstanding
checks......................................... $ __________________

**Balance** .................................** $ __________________

**ENTER**
Present Balance in
your checkbook ............................. $

**Subtract** any service
charges, finance or
any other charges $ __________________
__________________
$ __________________

**Sub Total** ............... $ __________________

**Add** Monthly Interest
Earned ........................................ $ __________________

**Add** any deposits not yet
entered in checkbook
(Reverse Advances) ...................... $ __________________
__________________
__________________
__________________

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments) ...................... $ __________________
__________________
__________________
__________________

**Balance** ....................................... $ __________________

## IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT

You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

## ACCOUNTS WITH CHECK STORAGE

Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

## CHANGE OF ADDRESS

*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

FIS Graphics March 3 2026

EASTWEST BANK

Customer Service Center
P.O. Box 927
Alhambra, CA 91802-0927
**Electronic Service Requested**

COOL FREAKIN GENIUS LLC
**Account Number:** XXXXXX3240
**Statement Date:** 10/31/2026


48540 1051645 0002-0003 0000000000000000

## Debits (Continued)

| Date | Description | Withdrawals |
|---|---|---|
| Oct 15 | OUTGOING WIRE<br>ACD354FP00003688 Gar Laboratories 122016066 BULK ORDER CURL T | -$604.50 |
| Oct 20 | ANALYSIS SERVICE FEE<br>ANALYSIS ACTIVITY FOR 09/26 | -$180.00 |
| Oct 20 | MAINTENANCE FEE<br>FEE BASED ACTIVITY FOR 09/26 | -$75.00 |
| Oct 20 | PREAUTH DEBIT<br>ATT PAYMENT 261020 | -$781.63 |
| Oct 22 | PREAUTH DEBIT<br>LEMARK INSURANCE PAYMENTS 261022 34816606 | -$2,349.06 |
| Oct 22 | PREAUTH DEBIT<br>CITI CARD ONLINE PAYMENT 261022 | -$4,458.67 |
| Oct 23 | CHECK 5002 | -$32.81 |
| Oct 27 | BBP USD INTL WIRE<br>ACI355BP00002826 Wuxi Sunmart Scien ABOCCNBJXXX Silky Pumps and di p tubes | -$1,019.50 |
| Oct 28 | OUTGOING FX CCY WIRE<br>FX OUT WIRE 101626068 1 1 COOL FREAKIN GENIU | -$483.36 |
| Oct 28 | OUTGOING FX CCY WIRE<br>FX OUT WIRE 101626067 1 1 COOL FREAKIN GENIU | -$3,068.52 |

## Credits

| Date | Description | Deposits |
|---|---|---|
| Oct 22 | WIRE TRANS-IN<br>68cfcb08-f2e8-4e39 -a08d-54dee378dc22 LOEB & LOEB LLP CINAUS6L /ROC/NOTPROVIDED | $133,507.37 |

## Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Sep 30 | $23,646.29 | Oct 20 | $19,997.82 | Oct 27 | $145,645.15 |
| Oct 08 | $21,638.95 | Oct 22 | $146,697.46 | Oct 28 | $142,093.27 |
| Oct 15 | $21,034.45 | Oct 23 | $146,664.65 | | |

## Overdraft\Return Item Fees

| Fee Type | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

EASTWEST BANK

Customer Service Center
P.O. Box 927
Alhambra, CA 91802-0927
**Electronic Service Requested**

COOL FREAKIN GENIUS LLC

**Account Number:** XXXXXX3240
**Statement Date:** 10/31/2026
**Page :** 3 of 3

48540 1051646 0003-0003 0000000000000000

## Check Images for Account XXXX3240



Cool Freakin' Genius LLC
Chapter 11 Debtor In Possession
Case #26-11023 (General)
9229 Sunset Blvd 8th Floor
Los Angeles, CA 90069

16-7038/3220

5002

DATE 10/16/2026

PAY TO THE ORDER OF UPS $ 32.81

Thirty two dollars and eighty one cents only DOLLARS

EAST WEST BANK
135 N Los Robles Ave 6th Floor - Pasadena, CA 91101

FOR Happy Backaging

AUTHORIZED SIGNATURE

⑈005002⑈ [redacted]

THE FACE OF THIS DOCUMENT CONTAINS HEAT-SENSITIVE INK. TOUCH OR RUB RED IMAGE. IT WILL DISAPPEAR WITH HEAT.

CREDIT PAYEE PEG
5/3 BANK <042000314>
299D100418
37412113

10/23/2026 # 5002 $32.81

EAST WEST BANK

| | |
|---|---|
| **Account Number:** | XXXXXX3247 |
| **Statement Date:** | 10/31/2026 |
| **Page:** | 1 of 3 |

Customer Service Center
P.O. Box 927
Alhambra, CA 91802-0927
**Electronic Service Requested**

2688 O11470REG11022611045 07 000000000 697081 004

COOL FREAKIN GENIUS LLC
SUBV CHAPTER 11 DEBTOR IN POSSESSION
CASE #26-11023
PAYROLL ACCOUNT
9229 SUNSET BLVD 8TH FL
LOS ANGELES CA 90069-0000

48541 1051647 0001-0003 0000000000000000

## Customer Service Information

**Call Us:** Questions? We are ready to assist you.

**Visit a Branch:** eastwestbank.com/locations

**Find Us Online:** eastwestbank.com/contact-us

**General Questions**
888.895.5650
Monday to Friday: 6:00 AM - 7:00 PM PT
Saturday: 9:00 AM - 5:00 PM PT

**Commercial Banking**
888.761.3967
Monday to Thursday: 6:00 AM - 2:30 AM PT
Friday: 6:00 AM - 7:00 PM PT
Sunday: 4:00 PM - 12:00 AM PT

**24-Hour Automated Telephone Banking**
U.S. Domestic - 800.809.6761
International - 626.799.0228

## Important Message

*THANK YOU FOR CHOOSING EAST WEST BANK AS YOUR FINANCIAL BRIDGE. PLEASE CAREFULLY REVIEW YOUR ACCOUNT DETAILS BELOW. SHOULD THERE BE QUESTIONS OR CONCERNS, PLEASE DON'T HESITATE TO CONTACT US.*

## BUSINESS PERFORMANCE — Account Number: XX-XXXX3247

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 10/01/26** | **$27,319.03** |
| + Deposits and Credits (4) | $55,000.00 |
| - Checks Posted (0) | $0.00 |
| - Withdrawals and Debits (30) | $46,637.09 |
| **Ending Balance as of 10/31/26** | **$35,681.94** |
| Number of Days in Statement Period | 31 |
| Low Balance | $17,698.89 |
| Average Balance | $30,505.37 |

### Debits

| Date | Description | Withdrawals |
|---|---|---|
| Oct 02 | PREAUTH DEBIT<br>PAYROLL PAYROLL 261002 10107632 | -$600.00 |
| Oct 02 | PREAUTH DEBIT<br>INTUIT 07239491 PAYROLL 261002 10107632 | -$1,396.23 |
| Oct 02 | PREAUTH DEBIT<br>INTUIT 07239491 PAYROLL 261002 10107632 | -$1,530.15 |
| Oct 02 | PREAUTH DEBIT<br>PAYROLL PAYROLL 261002 10107632 | -$1,630.00 |
| Oct 02 | PREAUTH DEBIT<br>INTUIT 80859770 TAX 261002 10107632 | -$1,684.60 |
| Oct 02 | PREAUTH DEBIT<br>INTUIT 07239491 PAYROLL 261002 10107632 | -$2,779.16 |

MEMBER FDIC

# STATEMENT BALANCING

**Fill in the amounts below from the front of this statement and your checkbook.**

**ENTER**
Ending Balance of
This Statement ............................... $ ________________

Add Deposits not shown
on this Statement $ ________________
________________
________________

Sub Total............ $ ________________

**Subtract** Checks Issued
but no on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | TOTAL | |

**Total** amount of outstanding
checks......................................... $ ________________

**Balance**.................................... ** $ ________________

**ENTER**
Present Balance in
your checkbook............................. $

**Subtract** any service
charges, finance or
any other charges $ ________________
________________
$ ________________

**Sub Total** ............... $ ________________

**Add** Monthly Interest
Earned ........................................... $ ________________

**Add** any deposits not yet
entered in checkbook
(Reverse Advances) ...................... $ ________________
________________
________________
________________

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments) ...................... $ ________________
________________
________________
________________

**Balance**........................................ $ ________________

## IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT

You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

## ACCOUNTS WITH CHECK STORAGE

Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

## CHANGE OF ADDRESS

*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

FIS Graphics March 3 2026

EAST WEST BANK

Customer Service Center
P.O. Box 927
Alhambra, CA 91802-0927
**Electronic Service Requested**

COOL FREAKIN GENIUS LLC
**Account Number:** XXXXXX3247
**Statement Date:** 10/31/2026


48541 1051649 0002-0003 0000000000000000

## Debits (Continued)

| Date | Description | Withdrawals |
|---|---|---|
| Oct 09 | PREAUTH DEBIT<br>PAYROLL PAYROLL 261009 10107632 | -$525.00 |
| Oct 09 | PREAUTH DEBIT<br>INTUIT 07930559 PAYROLL 261009 10107632 | -$1,530.15 |
| Oct 09 | PREAUTH DEBIT<br>PAYROLL PAYROLL 261009 10107632 | -$1,620.00 |
| Oct 09 | PREAUTH DEBIT<br>INTUIT 07930559 PAYROLL 261009 10107632 | -$1,961.91 |
| Oct 09 | PREAUTH DEBIT<br>INTUIT 87090771 TAX 261009 10107632 | -$1,965.32 |
| Oct 09 | PREAUTH DEBIT<br>INTUIT 07930559 PAYROLL 261009 10107632 | -$2,279.16 |
| Oct 16 | PREAUTH DEBIT<br>PAYROLL PAYROLL 261016 10107632 | -$525.00 |
| Oct 16 | PREAUTH DEBIT<br>INTUIT 08594973 PAYROLL 261016 10107632 | -$1,272.20 |
| Oct 16 | PREAUTH DEBIT<br>INTUIT 08594973 PAYROLL 261016 10107632 | -$1,530.15 |
| Oct 16 | PREAUTH DEBIT<br>PAYROLL PAYROLL 261016 10107632 | -$1,570.00 |
| Oct 16 | PREAUTH DEBIT<br>INTUIT 69592105 TAX 261016 10107632 | -$1,629.38 |
| Oct 16 | PREAUTH DEBIT<br>INTUIT 08594973 PAYROLL 261016 10107632 | -$2,279.17 |
| Oct 23 | PREAUTH DEBIT<br>PAYROLL PAYROLL 261023 10107632 | -$525.00 |
| Oct 23 | PREAUTH DEBIT<br>INTUIT 09221569 PAYROLL 261023 10107632 | -$1,406.28 |
| Oct 23 | PREAUTH DEBIT<br>INTUIT 09221569 PAYROLL 261023 10107632 | -$1,530.15 |
| Oct 23 | PREAUTH DEBIT<br>PAYROLL PAYROLL 261023 10107632 | -$1,540.00 |
| Oct 23 | PREAUTH DEBIT<br>INTUIT 39539889 TAX 261023 10107632 | -$1,689.49 |
| Oct 23 | PREAUTH DEBIT<br>INTUIT 09221569 PAYROLL 261023 10107632 | -$2,279.15 |
| Oct 30 | PREAUTH DEBIT<br>PAYROLL PAYROLL 261030 10107632 | -$675.00 |
| Oct 30 | PREAUTH DEBIT<br>INTUIT 09944231 PAYROLL 261030 10107632 | -$1,506.80 |
| Oct 30 | PREAUTH DEBIT<br>INTUIT 09944231 PAYROLL 261030 10107632 | -$1,530.15 |
| Oct 30 | PREAUTH DEBIT<br>PAYROLL PAYROLL 261030 10107632 | -$1,630.00 |
| Oct 30 | PREAUTH DEBIT<br>INTUIT 98957829 TAX 261030 10107632 | -$1,738.32 |
| Oct 30 | PREAUTH DEBIT<br>INTUIT 09944231 PAYROLL 261030 10107632 | -$2,279.17 |

EASTWEST BANK

Customer Service Center
P.O. Box 927
Alhambra, CA 91802-0927
**Electronic Service Requested**

COOL FREAKIN GENIUS LLC
**Account Number:** XXXXXX3247
**Statement Date:** 10/31/2026
**Page :** 3 of 3

48541 1051650 0003-0003 0000000000000000

## Credits

| Date | Description | Deposits |
|---|---|---|
| Oct 06 | PRE-AUTH CREDIT<br>KYARA MASCOLO SENDER 891527134 | $15,000.00 |
| Oct 14 | PRE-AUTH CREDIT<br>KYARA MASCOLO SENDER 892748638 | $15,000.00 |
| Oct 20 | PRE-AUTH CREDIT<br>KYARA MASCOLO SENDER 893946274 | $10,000.00 |
| Oct 27 | PRE-AUTH CREDIT<br>KYARA MASCOLO SENDER 895136388 | $15,000.00 |

## Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Sep 30 | $27,319.03 | Oct 14 | $37,817.35 | Oct 23 | $30,041.38 |
| Oct 02 | $17,698.89 | Oct 16 | $29,011.45 | Oct 27 | $45,041.38 |
| Oct 06 | $32,698.89 | Oct 20 | $39,011.45 | Oct 30 | $35,681.94 |
| Oct 09 | $22,817.35 | | | | |

## Overdraft\Return Item Fees

| Fee Type | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |